UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

LAW OFFICE OF SKLAR SMITH SKLAR
1901 N. OLDEN AVENUE
SUITE 22
EWING, NJ 08618
(609 882-9800   FAX: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
ATTORNEY FOR DEBTOR

In Re

   Samuel K and Cecelia Tompoe

Order Filed on May 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-17695

Judge:  Christine M. Gravelle

Chapter:  13

Recommended Local Form:    X   Followed    _____ Modified

**ORDER EXTENDING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by CANDYCE I. SMITH-SKLAR, ESQ. and for good cause it is

**ORDERED** that:

    X    the Motion of the above named debtors, Samuel K and Cecelia Tompoe, to Extend Automatic Stay as to all creditors served with the notice of motion is hereby GRANTED.

**Dated**_____, 2018            _____
                                                                          **Hon.  Christine M. Gravelle**
                                                                          **U.S. BANKRUPTCY JUDGE**
                                                                          **DISTRICT OF NEW JERSEY**