UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

LAW OFFICE OF SKLAR SMITH SKLAR
1901 N. OLDEN AVENUE
SUITE 22
EWING, NJ 08618
(609 882-9800   FAX: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
ATTORNEY FOR DEBTOR

In Re

   Samuel K and Cecelia Tompoe

Order Filed on May 17, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:   18-17695

Judge:   Christine M. Gravelle

Chapter:   13

Recommended Local Form:   X   Followed   ____  Modified

### ORDER EXTENDING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 17, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by CANDYCE I. SMITH-SKLAR, ESQ. and for good cause it is

**ORDERED** that:

__X__ the Motion of the above named debtors, Samuel K and Cecelia Tompoe, to Extend Automatic Stay as to all creditors served with the notice of motion is hereby GRANTED.

**Dated**_____, 2018        _____
                                         **Hon.  Christine M. Gravelle**
                                         **U.S. BANKRUPTCY JUDGE**
                                         **DISTRICT OF NEW JERSEY**

United States Bankruptcy Court
District of New Jersey

In re: Case No. 18-17695-CMG
Samuel K Tompoe Chapter 13
Cecelia Tompoe
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 1 Date Rcvd: May 17, 2018
 Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.
db/jdb +Samuel K Tompoe,    Cecelia Tompoe,    66 Pennwood Drive,    Trenton, NJ 08638-4716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2018 at the address(es) listed below:
 Albert    Russo    docs@russotrustee.com
 Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
 Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia    Tompoe mail@njpalaw.com
 Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com
 Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
 bkgroup@kmllawgroup.com
 U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
 TOTAL: 6