NOTICE OF OBJECTION TO CONFIRMATION

SANTANDER BANK, N.A. has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

File with the Court an answer, explaining your position at:
**Clerk
U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Phelan Hallinan Diamond & Jones, PC | ALBERT RUSSO |
| 400 Fellowship Road, Suite 100 | STANDING CHAPTER 13 TRUSTEE |
| Mt. Laurel, NJ 08054 | CN 4853 |
| | TRENTON, NJ 08650-4853 |

Attend the hearing scheduled to be held on 06/20/2018 in the TRENTON Bankruptcy Court, at the following address:
**U.S. Bankruptcy Court
402 E. State Street
Trenton, NJ 08608**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: June 12, 2018

<u>/s/ Nicholas V. Rogers</u>
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

**File No. 810385**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
SANTANDER BANK, N.A.

| | |
|---|---|
| In Re:<br><br>SAMUEL K TOMPOE<br>CECELIA TOMPOE<br><br><br><br>Debtors | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>TRENTON VICINAGE<br><br>Chapter 13<br><br>Case No. 18-17695 - CMG<br><br>Hearing Date: 06/20/2018 |

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, SANTANDER BANK, N.A., the holder of a Mortgage on Debtors' residence located at 66 PENWOOD DRIVE, EWING, NJ 08618, hereby objects to the Confirmation of the Debtors' proposed Chapter 13 Plan on the following grounds:

1. Secured Creditor is SANTANDER BANK, N.A.

2. Debtors, SAMUEL K TOMPOE and CECELIA TOMPOE, are the owners of the property located at 66 PENWOOD DRIVE, EWING, NJ 08618.

3. Secured Creditor is in the process of drafting and filing a Proof of Claim. The approximate arrears are $43,944.41.

4. Debtors' Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

5. Debtors' Plan currently provides for payment to Secured Creditor in the amount of $15,000.00. Debtors' Plan further provides for the Debtors' pursuit of a loan modification. Debtors' Plan is speculative in nature in that the Plan contemplates curing the arrears through a loan modification that has neither been offered nor approved.

6. Secured Creditor objects to Debtors' Plan as the Plan needs to fund the arrears owed to Secured Creditor during the term of the Plan rather than rely on speculation that is based

on the possibility of a loan modification that has neither been offered nor approved. Confirmation of the Debtors' proposed Plan should be denied.

7. Additionally, Debtors' Plan fails to provide for the full monthly post-petition payment owed to Secured Creditor under the terms of the Note and Mortgage. Secured Creditor objects to any post-petition payment amount less than the full amount required. Accordingly, confirmation of Debtors' proposed Plan should be denied.

WHEREFORE, SANTANDER BANK, N.A. respectfully requests that the Confirmation of Debtors' Plan be denied.

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

Dated: June 12, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

810385
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for SANTANDER BANK, N.A.

In Re:

SAMUEL K TOMPOE
CECELIA TOMPOE

Case No: 18-17695 - CMG

Hearing Date: 06/20/2018

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Marc Schroeder:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents SANTANDER BANK, N.A. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On June 12, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 12, 2018                    /s/ *Marc Schroeder*
                                         Marc Schroeder

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cecelia Tompoe<br>66 Penwood Drive<br>Ewing, NJ 08618 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Samuel K Tompoe<br>66 Penwood Drive<br>Ewing, NJ 08618 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Cecelia Tompoe<br>66 Penwood Drive<br>Trenton, NJ 08638 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Samuel K Tompoe<br>66 Penwood Drive<br>Trenton, NJ 08638 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Candyce Ilene Smith-Sklar, Esquire<br>1901 North Olden Avenue<br>Suite 22<br>Ewing, NJ 08618 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail |

2

| | | |
|---|---|---|
| | | ☐ Certified mail/RR <br><br> ☐ E-mail <br><br> ☒ Notice of Electronic Filing (NEF) <br><br> ☐ Other_____ <br> (as authorized by the court *) |
| ALBERT RUSSO <br> STANDING CHAPTER 13 TRUSTEE <br> CN 4853 <br> TRENTON, NJ 08650-4853 | Trustee | ☐ Hand-delivered <br><br> ☒ Regular Mail <br><br> ☐ Certified mail/RR <br><br> ☐ E-mail <br><br> ☒ Notice of Electronic Filing (NEF) <br><br> ☐ Other_____ <br> (as authorized by the court *) |
| U.S. Trustee <br> US Dept of Justice <br> Office of the US Trustee <br> One Newark Center Ste 2100 <br> Newark, NJ 07102 | Trustee | ☐ Hand-delivered <br><br> ☒ Regular Mail <br><br> ☐ Certified mail/RR <br><br> ☐ E-mail <br><br> ☒ Notice of Electronic Filing (NEF) <br><br> ☐ Other_____ <br> (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.