Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17695−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel K Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Cecelia Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Social Security No.:
xxx−xx−5131

xxx−xx−7623

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on December 11, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 48 − 41
ORDER ALLOWING DEBTOR TO ENGAGE IN LOSS MITIGATION (Related Doc # 41). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/11/2018. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 11, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Samuel K Tompoe  
Cecelia Tompoe  
    Debtors

Case No. 18-17695-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 11, 2018  
                         Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.  
lm          +Midland Mortgage/Midfirst,   999 NW Grand Blvd,   Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:

         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
         Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com  
         Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia   Tompoe mail@njpalaw.com  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                         TOTAL: 9