|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| LAW OFFICES OF SKLAR SMITH-SKLAR<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>(609) 882-9800 Fax: (609) 538-1399<br>CANDYCE I. SMITH-SKLAR<br>Attorney for Debtors | Order Filed on December 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Samuel and Cecelia Tompoe,<br><br>Debtors | Case No.: 18-17695-CMG<br><br>Judge: Christine M Gravelle U.S.B.J<br><br>Chapter: 13<br><br>Hearing: 12/10/18; 9:00am |

## ORDER ALLOWING DEBTOR TO ENGAGE IN LOSS MITIGATION

The relief set forth on the following pages, numbered (2) through (2) is hereby ORDERED

**DATED: December 11, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Samuel and Cecelia Tompoe
Case No.: 18-17695-CMG
Caption: Order Allowing Debtors to Engage in Loss Mitigation

    This matter being opened to the Court by the Law Office of Sklar Smith-Sklar attorney for the debtor(s), and

    It appearing that a Notice of Motion has heretofore been circulated to the creditor(s) of the Debtors for which the Debtors seeks to engage in Loss Mitigation, and

    It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

    It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the Debtor(s) and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

    Good and sufficient cause appearing of the entry of this Order,

    It is

    ORDERED AND ADJUDGED as follows, to wit:

1. The Debtors shall be allowed to Engage in Loss Mitigation; and
2. The Debtors shall file Request for Loss Mitigation within 10 days.

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                              Case No. 18-17695-CMG
Samuel K Tompoe                                                     Chapter 13
Cecelia Tompoe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: Dec 11, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db/jdb         +Samuel K Tompoe,   Cecelia Tompoe,   66 Pennwood Drive,   Trenton, NJ 08638-4716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com
              Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia   Tompoe mail@njpalaw.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9