UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

810385
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: SANTANDER BANK, N.A.

In Re:

CECELIA TOMPOE
SAMUEL TOMPOE

Case No: 18-17695 - CMG

Hearing Date: 11/07/2018

Judge: CHRISTINE M. GRAVELLE

## CERTIFICATE OF CONSENT
### REGARDING CONSENT ORDER RESOLVING
### OBJECTION TO CONFIRMATION

    I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(a) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(b) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(c) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(d) I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P.9011

    /s/ Craig Keiser
    Craig Keiser, Esq.
    Phelan Hallinan Diamond & Jones, PC
    400 Fellowship Road, Suite 100
    Mt. Laurel, NJ 08054
    Tel: 856-813-5500 Ext.
    Fax: 856-813-5501
    Email: Craig.Keiser@phelanhallinan.com