UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

810385
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: SANTANDER BANK, N.A.

In Re:

CECELIA TOMPOE
SAMUEL TOMPOE

Order Filed on December 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-17695 - CMG

Hearing Date: 11/07/2018

Judge: CHRISTINE M. GRAVELLE

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 26, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**NJID 810385**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for SANTANDER BANK, N.A.</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

   CECELIA TOMPOE    CASE NO. 18-17695 - CMG
   SAMUEL TOMPOE

                                       CHAPTER 13

   Debtors    CONSENT ORDER RESOLVING
                                       OBJECTION TO CONFIRMATION

                                       HEARING DATE: 11/07/2018

    This Consent Order pertains to the property located at 66 PENWOOD DRIVE, EWING, NJ 08618-4716, mortgage account ending with "6431";

    THIS MATTER having been brought before the Court by, CANDYCE ILENE SMITH-SKLAR, Esquire attorney for debtors, CECELIA TOMPOE, SAMUEL TOMPOE upon the filing of a Chapter 13 Plan, SANTANDER BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

    IT IS  ORDERED as follows:

    1.    SANTANDER BANK, N.A. has filed a valid, secured Proof of Claim in the amount of **$45,719.54** (claim no. 13).

    2.    The Trustee is authorized not to pay the secured arrearage claim of SANTANDER BANK, N.A. in the amount of **$45,719.54** (claim no. 13), so Debtor can apply and potentially complete a loan modification. Should the Debtor qualify for a loan modification, the loan modification must be approved no later than February 1, 2019 or extended by Loss Mitigation Order.

    3.    If a Loan Modification is approved, SANTANDER BANK, N.A. shall file an Amended Proof of Claim showing the amount of arrears paid to date by the Trustee.

    4.    If a loan modification is not approved by **February 1, 2019**, the Debtor shall do one of the following: 1) file a Modified Plan to cure the arrearage claim of Movant; or 2) file a Modified Plan to surrender the property subject to said claim; 3) Convert to Chapter 7; 4)

2

Dismiss the Bankruptcy, or 5) modify the Plan by granting the Secured Creditor relief from the Automatic Stay and treating the property outside of Bankruptcy.

5. Debtor acknowledges that adequate protection payments must be made to Secured Creditor pursuant to the Court's Loss Mitigation Order. In the event the loss mitigation period terminates prior to **February 1, 2019**, Debtor must resume making their regular monthly mortgage payments to Secured Creditor.

6. This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

7. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
SANTANDER BANK, N.A.

/s/ Craig Keiser
Craig Keiser, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext.
Fax: 856-813-5501
Email: Craig.Keiser@phelanhallinan.com

Dated: 12/17/2018

/s/ CANDYCE ILENE SMITH-SKLAR            Dated: 12/21/2018
CANDYCE ILENE SMITH-SKLAR, Esquire
Attorney for debtors

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-17695-CMG
Samuel K Tompoe                                                     Chapter 13
Cecelia Tompoe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1              Date Rcvd: Dec 26, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2018.
db/jdb         +Samuel K Tompoe,    Cecelia Tompoe,    66 Pennwood Drive,    Trenton, NJ 08638-4716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
          Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com
          Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia   Tompoe mail@njpalaw.com
          Craig Scott Keiser    on behalf of Creditor    SANTANDER BANK, N.A. craig.keiser@phelanhallinan.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10