| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-17695 / CMG**

Samuel K Tompoe
Cecelia Tompoe
66 Pennwood Drive
Trenton   NJ     08638

Petition Filed Date: 04/18/2018
341 Hearing Date: 05/24/2018
Confirmation Date: 11/07/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/05/2018 | $800.00 | | 06/29/2018 | $800.00 | | 08/06/2018 | $800.00 | |
| 08/31/2018 | $800.00 | | 10/05/2018 | $800.00 | | 11/02/2018 | $800.00 | |
| 11/30/2018 | $800.00 | | | | | | | |

**Total Receipts for the Period: $5,600.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Samuel K Tompoe | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | DEPT OF EDUCATION/MOHELA<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $1,100.71 | $0.00 | $1,100.71 |
| 3 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $672.49 | $0.00 | $672.49 |
| 4 | SANTANDER CONSUMER USA INC dba<br>»»  2014 DODGE JOURNEY/CRAM | Debt Secured by Vehicle | $6,865.16 | $347.77 | $6,517.39 |
| 5 | CAVALRY SPV I, LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $406.46 | $0.00 | $406.46 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $764.91 | $0.00 | $764.91 |
| 7 | MERRICK BANK | Unsecured Creditors | $394.59 | $0.00 | $394.59 |
| 8 | LVNV FUNDING LLC<br>»»  ARROW FINANCIAL | Unsecured Creditors | $379.68 | $0.00 | $379.68 |
| 9 | BANK OF AMERICA NA | Unsecured Creditors | $744.44 | $0.00 | $744.44 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $291.18 | $0.00 | $291.18 |
| 11 | NAVIENT SOLUTIONS, LLC.<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 12 | MidFirst Bank<br>»»  NP/1428 STUYVESANT AVE/1ST MRTG | Mortgage Arrears | $48,270.42 | $2,445.23 | $45,825.19 |
| 13 | SANTANDER BANK, NA<br>»»  P/66 PENNWOOD DR/1ST MTG/CONS ORD 12/26 | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $45,719.54 | $0.00 | $45,719.54 |
| 14 | GLHEC & AFF OBO USAF<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 15 | MIDFIRST BANK<br>»»  NP/1428 STUYVESANT AVE/ORDER 10/29/18 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

| 10004 | SANTANDER CONSUMER USA INC dba »» Split Claim 2014 DODGE JOURNEY/CRAM BAL | Unsecured Creditors | $10,314.40 | $0.00 | $10,314.40 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,400.00 | Plan Balance: | $46,568.00 ** |
| Paid to Claims: | $5,224.00 | Current Monthly Payment: | $892.00 |
| Paid to Trustee: | $432.00 | Arrearages: | $1,076.00 |
| Funds on Hand: | $744.00 | Total Plan Base: | $52,968.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**