| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** |
|---|
| Law Office of Sklar Smith-Sklar<br>1901 N. Olden Avenue, Suite 22<br>Ewing, NJ 08618<br>Tel: 609 882-9800<br>Fax: 609 538-1399<br>Attorney for Debtor(s) |
| In Re:<br><br>Samuel and Cecelia Tompoe |

Order Filed on May 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-17695

Chapter: 13

Judge: CMG

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 7, 2019**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___01/03/2019___ :

Property:    66 Pennwood Drive, Ewing, NJ 08638

Creditor:    Santander Bank, N.A.

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Candyce I. Smith-Sklar, Esq.__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___07/17/2019___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Samuel K Tompoe  
Cecelia Tompoe  
    Debtors

Case No. 18-17695-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 08, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2019.  
db/jdb        +Samuel K Tompoe, Cecelia Tompoe, 66 Pennwood Drive, Trenton, NJ 08638-4716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2019 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Andrew L. Spivack    on behalf of Creditor SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
       Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com, r56958@notify.bestcase.com  
       Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia Tompoe mail@njpalaw.com, r56958@notify.bestcase.com  
       Craig Scott Keiser    on behalf of Creditor SANTANDER BANK, N.A. craig.keiser@phelanhallinan.com  
       Denise E. Carlon    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Nicholas V. Rogers    on behalf of Creditor SANTANDER BANK, N.A. nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                           TOTAL: 10