| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>823884<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Santander Bank, N.A. FKA Sovereign bank, N.A. FKA Sovereign Bank | |
| In Re:<br><br>Cecelia Tompoe<br>Samuel Tompoe | Case No: 18-17695 - CMG<br><br>Hearing Date: 07/17/2019<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

# CERTIFICATION OF SERVICE

1. I, Chris Villegas:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents Santander Bank, N.A. FKA Sovereign bank, N.A. FKA Sovereign Bank in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On July 31, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Order Resolving Motion to Vacate Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 31, 2019                              /s/ *Chris Villegas*
                                                             Chris Villegas

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cecelia Tompoe<br>66 Pennwood Drive, Ewing, NJ 08638 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| Samuel Tompoe<br>66 Pennwood Drive, Ewing, NJ 08638 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| Candyce Ilene Smith-sklar, Esquire<br>1901 North Olden Avenue<br>Suite 22<br>Ewing, NJ 08618 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| Albert Russo, Trustee<br>Cn 4853<br>Suite 101<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.