| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-17695 / CMG**

| | |
|---|---|
| Samuel K Tompoe | Petition Filed Date: 04/18/2018 |
| Cecelia Tompoe | 341 Hearing Date: 05/24/2018 |
| 66 Pennwood Drive | Confirmation Date: 11/07/2018 |
| Trenton  NJ    08638 | |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $800.00 | TFS | 02/01/2019 | $800.00 | TFS | 03/01/2019 | $800.00 | TFS |
| 03/29/2019 | $800.00 | TFS | 05/07/2019 | $800.00 | TFS | 06/03/2019 | $800.00 | TFS |
| 07/08/2019 | $800.00 | TFS | 08/02/2019 | $800.00 | TFS | 08/30/2019 | $800.00 | TFS |
| 10/10/2019 | $1,000.00 | TFS | 11/01/2019 | $1,000.00 | TFS | | | |

**Total Receipts for Period: $9,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Samuel K Tompoe | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | CANDYCE I SMITH-SKLAR, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | DEPT OF EDUCATION/MOHELA<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $1,100.71 | $0.00 | $1,100.71 |
| 3 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $672.49 | $0.00 | $672.49 |
| 4 | SANTANDER CONSUMER USA INC dba<br>»» 2014 DODGE JOURNEY/CRAM | Debt Secured by Vehicle | $6,865.16 | $1,891.38 | $4,973.78 |
| 5 | CAVALRY SPV I, LLC<br>»» CAPITAL ONE | Unsecured Creditors | $406.46 | $0.00 | $406.46 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $764.91 | $0.00 | $764.91 |
| 7 | MERRICK BANK | Unsecured Creditors | $394.59 | $0.00 | $394.59 |
| 8 | LVNV FUNDING LLC<br>»» ARROW FINANCIAL | Unsecured Creditors | $379.68 | $0.00 | $379.68 |
| 9 | BANK OF AMERICA NA | Unsecured Creditors | $744.44 | $0.00 | $744.44 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $291.18 | $0.00 | $291.18 |
| 11 | NAVIENT SOLUTIONS, LLC<br>»» O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 12 | MidFirst Bank<br>»» NP/1428 STUYVESANT AVE/1ST MTG | Mortgage Arrears | $8,880.91 | $8,880.91 | $0.00 |

**Chapter 13 Case No. 18-17695 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | SANTANDER BANK, NA<br>»» P/66 PENNWOOD DR/1ST MTG/CONS ORD 12/26 | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $45,719.54 | $0.00 | $45,719.54 |
| 14 | GLHEC & AFF OBO USAF<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 15 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/ORDER 10/29/18 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 10004 | SANTANDER CONSUMER USA INC dba<br>»» Split Claim 2014 DODGE JOURNEY/CRAM BAL | Unsecured Creditors | $10,314.40 | $0.00 | $10,314.40 |
| 16 | SANTANDER BANK, NA<br>»» 66 PENNWOOD DRIVE/ORDER 8/8/19 | Mortgage Arrears | $3,978.32 | $652.71 | $3,325.61 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/10/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $16,700.00 | Plan Balance: | $40,688.00 | ** |
| Paid to Claims: | $13,856.00 | Current Monthly Payment: | $892.00 | |
| Paid to Trustee: | $1,080.80 | Arrearages: | $2,372.00 | |
| Funds on Hand: | $1,763.20 | Total Plan Base: | $57,388.00 | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**