Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17695−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel K Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Cecelia Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Social Security No.:
xxx−xx−5131

xxx−xx−7623

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 13, 2018.

On February 19, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:            March 18, 2020
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 19, 2020
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Samuel K Tompoe  
Cecelia Tompoe  
    Debtors

Case No. 18-17695-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Feb 19, 2020  
               Form ID: 185    Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.

```
db/jdb         +Samuel K Tompoe,    Cecelia Tompoe,    66 Pennwood Drive,    Trenton, NJ 08638-4716
lm             +Midland Mortgage/Midfirst,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
cr             +SANTANDER BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +SANTANDER BANK, N.A. FKA SOVEREIGN BANK, N.A. FKA,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517461025     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    P.O. Box 982236,    El Paso, TX 79998)
517461026      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
                 Simi Valley, CA 93062-5170
517602384      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517521809      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
517461031      +Citimortgage,    Citimortgage Inc/Attn: Bankruptcy.,    Po Box 6030,    Sioux Falls, SD 57117-6030
517461032      +City Ntl Bk/Ocwen Loan Service,    Attn:Bankruptcy Dept,    Po Box 24738,
                 West Palm Beach, FL 33416-4738
517461033      +Conserve,    200 Cross Keys Office Pa,    Fairport, NY 14450-3510
517461036      +Drive Fin/Santander Consumer USA,    Attn: Bankruptcy,    5201 Rufe Snow Dr Ste 400n,
                 Richland Hills, TX 76180-6036
517461038      +FNCC/Legacy Visa,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
517809945       GLHEC & Aff obo USAF,    PO Box 8961,    Madison WI 53708-8961
517461039      +HSBC Auto Finance / Santander,    Santander Consumer USA,    Po Box 961245,
                 Fort Worth, TX 76161-0244
517461040      +IC System,    Attn: Bankruptcy,    444 Highway 96 East, Po Box 64378,    St. Paul, MN 55164-0378
517461041      +Jared/Sterling Jewelers,    Po Box 1799,    Attn: Bankruptcy,    Akron, OH 44309-1799
517610901      +MidFirst Bank,    999 NW Grand Blvd,    Oklahoma City, OK 73118-6051
517461043      +Midfirst Bank,    c/o KML Law Group,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
517461044      +Midland Mortgage/MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517461045      +Mortgage Service Cente,    Attn: Bankruptcy Dept,    Po Box 5452,    Mt Laurel, NJ 08054-5452
517461048      +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517461050      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
517461052      +Santander Bank,    c/o Phelan Hallinan Diamond & Jones,    400 Fellowship Road,
                 Mount Laurel, NJ 08054-3437
517616216      +Santander Bank, N.A.,    1 Corporate Drive, Suite 360,    Lake Zurich, IL 60047-8945
517461053      +Santander Consumer USA,    Santander Consumer USA, Inc,    Po Box 961245,
                 Ft Worth, TX 76161-0244
517461054      +Santander Consumer/d/b/aChrysler Capital,    Po Box 961275,    Ft Worth, TX 76161-0275
517472422      +U S Department of Education/MOHELA,    633 Spirit Drive,    Chesterfield, MO 63005-1243
517461056      +Us Dept Of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2020 00:29:47     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2020 00:29:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517461024      +E-mail/Text: bk.notices@a1collectionagency.com Feb 20 2020 00:30:13     A-1 Collection Agency,
                 715 Horizon Drive,    Grand Junction, CO 81506-8700
517461027      +E-mail/Text: bankruptcy@cavps.com Feb 20 2020 00:30:05     Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-2321
517461028      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 00:33:12     Capital One,
                 Po Box 5253,    Carol Stream, IL 60197-5253
517461029      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 00:31:47     Capital One,
                 Attn: Bankruptcy,    Pob 30253,    Salt Lake City, UT 84130-0253
517461030      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2020 00:31:47     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517551569      +E-mail/Text: bankruptcy@cavps.com Feb 20 2020 00:30:05     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517461034      +E-mail/PDF: pa_dc_ed@navient.com Feb 20 2020 00:31:54     Dept Of Ed/navient,    Po Box 9655,
                 Wilkes-barre, PA 18773-9655
517461035      +E-mail/Text: bankruptcynotices@dcicollect.com Feb 20 2020 00:30:16     Diversified Consultant,
                 10550 Deerwood Park Blvd,    Jacksonville, FL 32256-0596
517461037      +E-mail/Text: bknotice@ercbpo.com Feb 20 2020 00:29:51     Enhanced Recovery Corp,
                 Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517602249       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2020 00:31:57
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517602248       E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 20 2020 00:32:58     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517461042      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 20 2020 00:32:57     Merrick Bank,
                 Attn: Correspondence Dept,    P.O. Box 9201,    Old Bethpage, NY 11804-9001
517461046      +E-mail/PDF: pa_dc_claims@navient.com Feb 20 2020 00:31:54     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Feb 19, 2020
                              Form ID: 185             Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517610571        E-mail/PDF: pa_dc_claims@navient.com Feb 20 2020 00:32:39
                  Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                  Wilkes-Barre, PA 18773-9635
517461047        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 00:33:20
                  Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
517587848        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2020 00:32:38
                  Portfolio Recovery Associates, LLC,    c/o Capital One Bank (USA), N.A.,    POB 41067,
                  Norfolk VA 23541
517606884       +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 20 2020 00:30:01        Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517461049       +E-mail/Text: Supportservices@receivablesperformance.com Feb 20 2020 00:30:24        Rcvl Per Mng,
                  Attn:Collections/Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
517461051       +E-mail/PDF: pa_dc_claims@navient.com Feb 20 2020 00:33:22        Sallie Mae,
                  Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517461055       +E-mail/Text: DeftBkr@santander.us Feb 20 2020 00:29:39        Sovereign/Santander Bk,
                  Mc: 10-6438-CC7,    601 Penn St.,    Reading, PA 19601-3544
517479587       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2020 00:33:32        T Mobile/T-Mobile USA Inc,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             +Santander Bank, N.A.,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia   Tompoe mail@njpalaw.com,
               r56958@notify.bestcase.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com,
               r56958@notify.bestcase.com
              Craig Scott Keiser    on behalf of Creditor    SANTANDER BANK, N.A. craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. FKA SOVEREIGN BANK, N.A. FKA
               SOVEREIGN BANK nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    SANTANDER BANK, N.A. FKA SOVEREIGN BANK, N.A. FKA
               SOVEREIGN BANK nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 13
```