**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**1** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: **Samuel K Tompoe**  
**Cecelia Tompoe**

Case No.: **18-17695**  
Judge:

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original  
☐ Motions Included

■ Modified/Notice Required  
☐ Modified/No Notice Required

Date:

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

■ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney _____    Initial Debtor: __SKT__    Initial Co-Debtor __C T__

### Part 1: Payment and Length of Plan

a. The debtor shall pay __759.00 Monthly*__ to the Chapter 13 Trustee, starting on ___ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d.  ☐  The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
e.  ☐  Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection    X NONE

a. Adequate protection payments will be made in the amount of $___ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ___ (creditor).

b. Adequate protection payments will be made in the amount of $___ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ___ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Candyce SMith-Sklar** | **Attorney Fees** | **1,900.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
■ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim

pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

| Santander Consumer/d/b/aChrysler Capital | 2014 Dodge Journey 66,510 miles 2014 Dodge Journey 480/month | 17,000.00 | 6,000.00 | None | 6,000.00 | 5.00 | 6,191.76 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

f. **Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor
Midland Mortgage/MidFirst Bank
Sovereign/Santander Bk

g. **Secured Claims to be Paid in Full Through the Plan** ■ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐  Not less than $____ to be distributed *pro rata*

☐  Not less than ___ percent

■  *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions    ☐ NONE

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ■ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Santander Consumer/d/b/aChrysler Capital | 2014 Dodge Journey 66,510 miles 2014 Dodge Journey 480/month | 17,000.00 | 6,000.00 | 6,000.00 | 11,000.00 |

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
 ■ Upon Confirmation
 ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
 1) Ch. 13 Standing Trustee Commissions

5

| | | |
|---|---|---|
| | 2) | Other Administrative Claims |
| | 3) | Secured Claims |
| | 4) | Lease Arrearages |
| | 5) | Priority Claims |
| | 6) | General Unsecured Claims |

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

| Part 9: Modification ■ NONE |
|---|
| If this Plan modifies a Plan previously filed in this case, complete the information below. |
| Date of Plan being modified:. |

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor received loan modifications for Midland Mortgage and Santander Bank. All pre-petition mortgage arrears were removed from plan since they were recapitalized into the new loan note. | Plan modified to remove pre-petition mortgage arrears for Midland mortgage and Santander Bank. All pre-petition mortgage arrears were removed from plan since they were recapitalized into the new loan note. |

Are Schedules I and J being filed simultaneously with this Modified Plan?   ☐ Yes   ■ No

| Part 10 : Non-Standard Provision(s): Signatures Required |
|---|

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $759.00 per month for 22 months, then $221.60 per month for 38 months**

**Student loans are to be paid outside of bankruptcy**

Any non-standard provisions placed elsewhere in this plan are ineffective.

| Signatures |
|---|

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **February 18, 2020**         /s/ **Samuel K Tompoe**
                                    **Samuel K Tompoe**
                                    Debtor

Date: **February 18, 2020**         /s/ **Cecelia Tompoe**
                                    **Cecelia Tompoe**
                                    Joint Debtor

Date **February 18, 2020**         **/s/ Candyce SMith-Sklar**
                                   **Candyce SMith-Sklar**
                                   Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-17695-CMG
Samuel K Tompoe                                                       Chapter 13
Cecelia Tompoe
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2           Date Rcvd: Feb 20, 2020
                            Form ID: pdf901          Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
```
db/jdb       +Samuel K Tompoe,  Cecelia Tompoe,  66 Pennwood Drive,  Trenton, NJ 08638-4716
lm           +Midland Mortgage/Midfirst,  999 NW Grand Blvd,  Oklahoma City, OK 73118-6051
cr           +SANTANDER BANK, N.A.,  Phelan Hallinan & Schmieg, PC,  400 Fellowship Road,  Suite 100,
              Mt. Laurel, NJ 08054-3437
cr           +SANTANDER BANK, N.A. FKA SOVEREIGN BANK, N.A. FKA,  Phelan Hallinan & Schmieg, PC,
              1617 JFK Boulevard,  Suite 1400,  Philadelphia, PA 19103-1814
517461025    ++BANK OF AMERICA,  PO BOX 982238,  EL PASO TX 79998-2238
              (address filed with court:  Bank of America,  P.O. Box 982236,  El Paso, TX 79998)
517461026    +Bank of America,  Attn: Correspondence Unit/CA6-919-02-41,  Po Box 5170,
              Simi Valley, CA 93062-5170
517602384    +Bank of America, N.A.,  P O Box 982284,  El Paso, TX 79998-2284
517521809    +Chrysler Capital,  PO Box 961275,  Fort Worth, TX 76161-0275
517461031    +Citimortgage,  Citimortgage Inc/Attn: Bankruptcy.,  Po Box 6030,  Sioux Falls, SD 57117-6030
517461032    +City Ntl Bk/Ocwen Loan Service,  Attn:Bankruptcy Dept,  Po Box 24738,
              West Palm Beach, FL 33416-4738
517461033    +Conserve,  200 Cross Keys Office Pa,  Fairport, NY 14450-3510
517461036    +Drive Fin/Santander Consumer USA,  Attn: Bankruptcy,  5201 Rufe Snow Dr Ste 400n,
              Richland Hills, TX 76180-6036
517461038    +FNCC/Legacy Visa,  Attn: Bankruptcy,  Po Box 5097,  Sioux Falls, SD 57117-5097
517809945     GLHEC & Aff obo USAF,  PO Box 8961,  Madison WI 53708-8961
517461039    +HSBC Auto Finance / Santander,  Santander Consumer USA,  Po Box 961245,
              Fort Worth, TX 76161-0244
517461040    +IC System,  Attn: Bankruptcy,  444 Highway 96 East, Po Box 64378,  St. Paul, MN 55164-0378
517461041    +Jared/Sterling Jewelers,  Po Box 1799,  Attn: Bankruptcy,  Akron, OH 44309-1799
517610901    +MidFirst Bank,  999 NW Grand Blvd,  Oklahoma City, OK 73118-6051
517461043    +Midfirst Bank,  c/o KML Law Group,  216 Haddon Avenue, Suite 406,
              Collingswood, NJ 08108-2812
517461044    +Midland Mortgage/MidFirst Bank,  999 NorthWest Grand Boulevard,  Oklahoma City, OK 73118-6051
517461045    +Mortgage Service Cente,  Attn: Bankruptcy Dept,  Po Box 5452,  Mt Laurel, NJ 08054-5452
517461048    +Quality Asset Recovery,  7 Foster Ave Ste 101,  Gibbsboro, NJ 08026-1191
517461050    +Remex Inc,  307 Wall St,  Princeton, NJ 08540-1515
517461052    +Santander Bank,  c/o Phelan Hallinan Diamond & Jones,  400 Fellowship Road,
              Mount Laurel, NJ 08054-3437
517616216    +Santander Bank, N.A.,  1 Corporate Drive, Suite 360,  Lake Zurich, IL 60047-8945
517461053    +Santander Consumer USA,  Santander Consumer USA, Inc,  Po Box 961245,
              Ft Worth, TX 76161-0244
517461054    +Santander Consumer/d/b/aChrysler Capital,  Po Box 961275,  Ft Worth, TX 76161-0275
517472422    +U S Department of Education/MOHELA,  633 Spirit Drive,  Chesterfield, MO 63005-1243
517461056    +Us Dept Of Education,  Attn: Bankruptcy,  Po Box 16448,  Saint Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 01:48:21      U.S. Attorney,  970 Broad St.,
              Room 502,  Rodino Federal Bldg.,  Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 01:48:17      United States Trustee,
              Office of the United States Trustee,  1085 Raymond Blvd.,  One Newark Center,  Suite 2100,
              Newark, NJ 07102-5235
517461024    +E-mail/Text: bk.notices@a1collectionagency.com Feb 21 2020 01:48:56      A-1 Collection Agency,
              715 Horizon Drive,  Grand Junction, CO 81506-8700
517461027    +E-mail/Text: bankruptcy@cavps.com Feb 21 2020 01:48:43      Calvary Portfolio Services,
              Attention:  Bankruptcy Department,  500 Summit Lake Dr. Suite 400,  Valhalla, NY 10595-2321
517461028    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2020 01:54:13      Capital One,
              Po Box 5253,  Carol Stream, IL 60197-5253
517461029    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2020 01:54:54      Capital One,
              Attn: Bankruptcy,  Pob 30253,  Salt Lake City, UT 84130-0253
517461030    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 21 2020 01:54:13      Capital One,
              Attn: Bankruptcy,  Po Box 30285,  Salt Lake City, UT 84130-0285
517551569    +E-mail/Text: bankruptcy@cavps.com Feb 21 2020 01:48:44      Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,  Valhalla, NY 10595-2321
517461034    +E-mail/PDF: pa_dc_ed@navient.com Feb 21 2020 01:55:04      Dept Of Ed/navient,  Po Box 9655,
              Wilkes-barre, PA 18773-9655
517461035    +E-mail/Text: bankruptcynotices@dcicollect.com Feb 21 2020 01:48:57      Diversified Consultant,
              10550 Deerwood Park Blvd,  Jacksonville, FL 32256-0596
517461037    +E-mail/Text: bknotice@ercbpo.com Feb 21 2020 01:48:26      Enhanced Recovery Corp,
              Attention: Client Services,  8014 Bayberry Rd,  Jacksonville, FL 32256-7412
517602249     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 01:54:29
              LVNV Funding, LLC its successors and assigns as,  assignee of Arrow Financial Services,,
              LLC,  Resurgent Capital Services,  PO Box 10587,  Greenville, SC 29603-0587
517602248     E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 21 2020 01:54:08     MERRICK BANK,
              Resurgent Capital Services,  PO Box 10368,  Greenville, SC 29603-0368
517461042    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 21 2020 01:53:34      Merrick Bank,
              Attn: Correspondence Dept,  P.O. Box 9201,  Old Bethpage, NY 11804-9001
517461046    +E-mail/PDF: pa_dc_claims@navient.com Feb 21 2020 01:53:49      Navient,  Po Box 9500,
              Wilkes Barre, PA 18773-9500
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Feb 20, 2020
                              Form ID: pdf901            Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517610571         E-mail/PDF: pa_dc_claims@navient.com Feb 21 2020 01:55:04
                   Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                   Wilkes-Barre, PA 18773-9635
517461047         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 02:16:26
                   Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
517587848         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2020 01:54:20
                   Portfolio Recovery Associates, LLC,    c/o Capital One Bank (USA), N.A.,    POB 41067,
                   Norfolk VA 23541
517606884        +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 21 2020 01:48:37        Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517461049        +E-mail/Text: Supportservices@receivablesperformance.com Feb 21 2020 01:49:07       Rcvl Per Mng,
                   Attn:Collections/Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
517461051        +E-mail/PDF: pa_dc_claims@navient.com Feb 21 2020 01:54:22        Sallie Mae,
                   Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
517461055        +E-mail/Text: DeftBkr@santander.us Feb 21 2020 01:48:14        Sovereign/Santander Bk,
                   Mc: 10-6438-CC7,    601 Penn St.,    Reading, PA 19601-3544
517479587        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2020 02:06:07        T Mobile/T-Mobile USA Inc,
                   by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*              +Santander Bank, N.A.,   1 Corporate Drive,    Suite 360,   Lake Zurich, IL 60047-8945
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:

```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Candyce Ilene Smith-Sklar    on behalf of Joint Debtor Cecelia   Tompoe mail@njpalaw.com,
               r56958@notify.bestcase.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com,
               r56958@notify.bestcase.com
              Craig Scott Keiser    on behalf of Creditor    SANTANDER BANK, N.A. craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. FKA SOVEREIGN BANK, N.A. FKA
               SOVEREIGN BANK nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    SANTANDER BANK, N.A. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    SANTANDER BANK, N.A. FKA SOVEREIGN BANK, N.A. FKA
               SOVEREIGN BANK nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 13
```