UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Samuel Tompoe & Celia Tompoe,

Debtors.

Case No.:     18-17695-CMG

Chapter:      13

Hearing Date: 5/20/2020

Judge:        Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 90)

_____

Date: 5/14/2020                                   /s/ Denise Carlon
                                                  Signature

*rev.8/1/15*