UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

838058
**Phelan Hallinan Diamond & Jones, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
**Attorneys for Santander Bank, N.A.**

| | |
|---|---|
| **In Re:**<br><br>Samuel K. Tompoe<br>Cecelia Tompoe | Case No: 18-17695 - CMG<br><br>Hearing Date: 08/19/2020<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1.    I, Boris Zavertailo:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents Santander Bank, N.A. in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.    On August 28, 2020 I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Order Resolving Motion to Vacate Stay**

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:  August 28, 2020                              /s/ *Boris Zavertailo*
                                                            Boris Zavertailo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cecelia Tompoe<br>66 Penwood Drive,<br>Ewing, NJ 08618 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Samuel K. Tompoe<br>66 Penwood Drive,<br>Ewing, NJ 08618 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Candyce Ilene Smith-sklar, Esquire<br>1901 North Olden Avenue Ewing<br>Prosfessional Park Suite 22<br>Ewing, NJ 08618 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo, Trustee<br>Standing Chapter 13 Trustee<br>Cn4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

3

| | | ☐ Hand-delivered |
| US Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.