UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Ceclia Tompoe & Samuel Tompoe,

Debtor.

Case No.: ___18-17695-CMG___

Chapter: ___13___

Hearing Date: ___12/2/2020___

Judge: ___Gravelle___

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Certification of Default re: 1428 Stuyvesant Ave. (Docket # 107)

_____

Date: 11/25/2020

/s/ Denise Carlon
Signature

*rev.8/1/15*