UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

**Order Filed on December 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-17695 CMG

Adv. No.:

Hearing Date: 12/02/2020 @ 9:00 a.m..

Judge: Christine M. Gravelle

In Re:
    Cecelia Tompoe
    Samuel K. Tompoe

Debtors.

# ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 2, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtors:   Cecelia Tompoe, Samuel K. Tompoe
Case No:  18-17695 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a certification of default as to real property located at 1428 Stuyvesant Avenue, Trenton, NJ. 08618, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Illene Smith-Sklar, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 13, 2020, Debtor is due for the September 2020 through November 2020  post-petition payment for a total default of $3,432.68 ( 3 @ $1,593.63, $1,348.21 less suspense); and

It is **ORDERED, ADJUDGED and DECREED** that Debtors shall make an immediate payment of $1,800.00;

It is **ORDERED, ADJUDGED and DECREED** that Debtors will pay the remainder of the arrears in the amount of $1,632.68 November 28, 2020; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2020, directly to Secured Creditor's servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs up to the sum of $350.00 in an amount to be included in a post-petition fee notice for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan and;

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor' Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 18-17695-CMG
Samuel K Tompoe    Chapter 13
Cecelia Tompoe
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Dec 02, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Samuel K Tompoe, Cecelia Tompoe, 66 Pennwood Drive, Trenton, NJ 08638-4716

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Andrew L. Spivack
    on behalf of Creditor SANTANDER BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Candyce Ilene Smith-Sklar
    on behalf of Joint Debtor Cecelia Tompoe mail@njpalaw.com r56958@notify.bestcase.com

Candyce Ilene Smith-Sklar
    on behalf of Debtor Samuel K Tompoe mail@njpalaw.com r56958@notify.bestcase.com

Craig Scott Keiser

Case 18-17695-CMG    Doc 113    Filed 12/04/20    Entered 12/05/20 00:23:24    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor SANTANDER BANK N.A. craig.keiser@law.njoag.gov

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Nicholas V. Rogers
    on behalf of Creditor SANTANDER BANK N.A. FKA SOVEREIGN BANK, N.A. FKA SOVEREIGN BANK nj.bkecf@fedphe.com

Nicholas V. Rogers
    on behalf of Creditor SANTANDER BANK N.A. nj.bkecf@fedphe.com

Robert Davidow
    on behalf of Creditor SANTANDER BANK N.A. nj.bkecf@fedphe.com

Robert Davidow
    on behalf of Creditor SANTANDER BANK N.A. FKA SOVEREIGN BANK, N.A. FKA SOVEREIGN BANK nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13