Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17695−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel K Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Cecelia Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Social Security No.:
xxx−xx−5131

xxx−xx−7623

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/3/21 at 09:00 AM

to consider and act upon the following:

*114* − Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 1428 Stuyvesant Avenue, Trenton NJ 08618. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 90 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 107 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 112 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/22/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/21/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-17695-CMG
Samuel K Tompoe  Chapter 13
Cecelia Tompoe
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 21, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Samuel K Tompoe, Cecelia Tompoe, 66 Pennwood Drive, Trenton, NJ 08638-4716

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Candyce Ilene Smith-Sklar
     on behalf of Debtor Samuel K Tompoe mail@njpalaw.com  r56958@notify.bestcase.com

Candyce Ilene Smith-Sklar
     on behalf of Joint Debtor Cecelia Tompoe mail@njpalaw.com  r56958@notify.bestcase.com

Craig Scott Keiser
     on behalf of Creditor SANTANDER BANK  N.A. craig.keiser@law.njoag.gov

Denise E. Carlon

|  |  |
|---|---|
|  | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |
|  | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nicholas V. Rogers | |
|  | on behalf of Creditor SANTANDER BANK  N.A. FKA SOVEREIGN BANK, N.A. FKA SOVEREIGN BANK nj.bkecf@fedphe.com |
| Nicholas V. Rogers | |
|  | on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com |
| U.S. Trustee | |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10