Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  18−17695−CMG
                Chapter:  13
                Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Samuel K Tompoe | Cecelia Tompoe |
| 66 Pennwood Drive | 66 Pennwood Drive |
| Trenton, NJ 08638 | Trenton, NJ 08638 |

Social Security No.:
  xxx−xx−5131                               xxx−xx−7623

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/3/21 at 09:00 AM

to consider and act upon the following:

*117* − Creditor's Certification of Default (related document:105 Order on Motion For Relief From Stay) filed by Andrew L. Spivack on behalf of SANTANDER BANK, N.A.. Objection deadline is 02/5/2021. (Attachments: # 1 Certificate of Service # 2 Certification # 3 Proposed Order) (Spivack, Andrew)

Dated: 2/3/21

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court