# UNITED STATES BANKRUPTCY COURT
## NEW JERSEY DISTRICT OF NEW JERSEY
## TRENTON DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 18-17695-CMG |
| CECELIA TOMPOE AND | ) | CHAPTER 13 |
| SAMUEL K TOMPOE | ) |  |
| DEBTORS | ) |  |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 66 PENWOOD DR, EWING, NJ 08618 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER *******6431**

NOW COMES SANTANDER BANK, N.A, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
NJBKR@brockandscott.com

Please take notice that the undersigned hereby appears as counsel for SANTANDER BANK, N.A pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

20-10823 BKOBJ01




RESPECTFULLY SUBMITTED,

/s/ Andrew Spivack
Andrew Spivack
Attorney at Law (018141999)
Brock & Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
844-856-6646 x3017
704-369-0760
NJBKR@brockandscott.com

20-10823 BKOBJ01

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on February 5, 2021 to the following:

CECELIA TOMPOE
66 PENNWOOD DR
TRENTON, NJ 08638

SAMUEL K TOMPOE
66 PENNWOOD DR
TRENTON, NJ 08638

Law Offices of Sklar Smith-Sklar
1901 North Olden Avenue
Ewing Professional Park Suite 22
Ewing, NJ 08618
mail@njpalaw.com


Albert Russo, Bankruptcy Trustee
CN 4853
Trenton, NJ 08650-4853

/s/ Andrew Spivack
Andrew Spivack
Attorney at Law (018141999)
Brock & Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054
844-856-6646 x3017
704-369-0760
NJBKR@brockandscott.com

20-10823 BKOBJ01