| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-17695 / CMG**

Samuel K Tompoe  
Cecelia Tompoe

Petition Filed Date: 04/18/2018  
341 Hearing Date: 05/24/2018  
Confirmation Date: 11/07/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $950.00 | | 01/31/2020 | $950.00 | | 03/06/2020 | $1,500.00 | 9442213252 |
| 03/06/2020 | $950.00 | | 04/03/2020 | $950.00 | | 05/01/2020 | $892.00 | |
| 06/01/2020 | $892.00 | | 07/06/2020 | $222.00 | | 08/03/2020 | $222.00 | |
| 09/04/2020 | $222.00 | | 10/02/2020 | $222.00 | | 10/30/2020 | $222.00 | |
| 12/04/2020 | $222.00 | | 01/05/2021 | $222.00 | | 01/29/2021 | $222.00 | |

**Total Receipts for the Period:  $8,860.00     Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Samuel K Tompoe | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | DEPT OF EDUCATION/MOHELA<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $1,100.71 | $0.00 | $1,100.71 |
| 3 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $672.49 | $0.00 | $672.49 |
| 4 | SANTANDER CONSUMER USA INC dba<br>»»  2014 DODGE JOURNEY/CRAM | Debt Secured by Vehicle | $6,865.16 | $6,238.00 | $627.16 |
| 5 | CAVALRY SPV I, LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $406.46 | $0.00 | $406.46 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $764.91 | $0.00 | $764.91 |
| 7 | MERRICK BANK | Unsecured Creditors | $394.59 | $0.00 | $394.59 |
| 8 | LVNV FUNDING LLC<br>»»  ARROW FINANCIAL | Unsecured Creditors | $379.68 | $0.00 | $379.68 |
| 9 | BANK OF AMERICA NA | Unsecured Creditors | $744.44 | $0.00 | $744.44 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $291.18 | $0.00 | $291.18 |
| 11 | NAVIENT SOLUTIONS, LLC<br>»»  O/S PER PLAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 12 | MidFirst Bank<br>»»  NP/1428 STUYVESANT AVE/1ST MTG | Mortgage Arrears | $8,880.91 | $8,880.91 | $0.00 |

**Chapter 13 Case No. 18-17695 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | SANTANDER BANK, NA<br>»» P/66 PENNWOOD DR/1ST MTG/ORD 3/4/20 LOAN MOD | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 14 | GLHEC & AFF OBO USAF<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 15 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/ORDER 10/29/18 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 10004 | SANTANDER CONSUMER USA INC dba<br>»» Split Claim 2014 DODGE JOURNEY/CRAM BAL | Unsecured Creditors | $10,314.40 | $0.00 | $10,314.40 |
| 16 | SANTANDER BANK, NA<br>»» P/66 PENNWOOD DR/ORD 8/8/19/ ORD 3/4/20 LOAN MOD | Mortgage Arrears | $1,213.39 | $1,213.39 | $0.00 |
| 17 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/PP ARREARS 5/20/20 | Mortgage Arrears | $2,466.75 | $1,525.42 | $941.33 |
| 18 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/ATTY FEES 5/20/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 19 | SANTANDER BANK, NA<br>»» 66 PENWOOD DRIVE/ATTY FEES 9/4/20 | Mortgage Arrears | $731.00 | $731.00 | $0.00 |
| 20 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/ATTY FEES 12/2/20 | Mortgage Arrears | $350.00 | $208.46 | $141.54 |
| 21 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/PP ARREARS 2/3/21 | Mortgage Arrears | $1,226.31 | $0.00 | $1,226.31 |
| 22 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/ATTY FEES 2/3/21 | Mortgage Arrears | $350.00 | $0.00 | $350.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,660.00 | Plan Balance: | $8,054.00 ** |
| Paid to Claims: | $21,578.18 | Current Monthly Payment: | $222.00 |
| Paid to Trustee: | $1,664.90 | Arrearages: | ($670.00) |
| Funds on Hand: | $416.92 | Total Plan Base: | $31,714.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.