UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-10823 BKOBJ01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for SANTANDER BANK, N.A.

| In Re: | Case No: 18-17695-CMG |
|---|---|
| CECELIA TOMPOE<br>SAMUEL K TOMPOE | Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

## NOTICE OF MORTGAGE FORBEARANCE DUE TO THE COVID-19 PANDEMIC

NOW COMES Creditor, SANTANDER BANK, N.A. ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the forbearance offer with respect to Creditor's residential mortgage claim which is identified on the Court's claim register as Claim No. 13 (the "Claim").

The Claim is eligible for a forbearance period based upon the Debtor(s) material financial hardship caused by the COVID-19 pandemic. As a result, the Debtor(s) shall not be required to tender mortgage payments to Creditor that would come due on the Claim starting 02/01/2021 through 04/01/2021.

Creditor, at this time, does not waive any rights to collect the payments that come due during this forbearance period.

20-10823 BKOBJ01

Debtor(s) will resume Mortgage payments beginning 05/01/2021 and will be required to cure the delinquency created by the forbearance period.

Respectfully Submitted,

*/s/ Matthew Fissel*
Matthew Fissel
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road
Suite 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x 4535
Facsimile:  704-369-0760
E-Mail:  njbkr@brockandscott.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-10823 BKOBJ01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for SANTANDER BANK, N.A. | |
| In Re:<br><br>CECELIA TOMPOE<br>SAMUEL K TOMPOE | Case No: 18-17695-CMG<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Aspen Copsis:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents SANTANDER BANK, N.A. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On March 11, 2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

    NOTICE OF MORTGAGE FORBEARANCE DUE TO THE COVID-19 PANDEMIC

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 12, 2021                    /s/ *Aspen Copsis*
                                          Aspen Copsis

20-10823 BKOBJ01

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| CECELIA TOMPOE<br>66 PENNWOOD DR<br>TRENTON, NJ 08638 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| SAMUEL K TOMPOE<br>66 PENNWOOD DR<br>TRENTON, NJ 08638 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| LAW OFFICES OF SKLAR SMITH-SKLAR<br>1901 NORTH OLDEN AVENUE<br>EWING PROFESSIONAL PARK SUITE 22<br>EWING, NJ 08618 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ |

20-10823 BKOBJ01

|  |  | ☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br> (as authorized by the court *) |
|---|---|---|
| US Dept of Justice<br>One Newark Center<br>Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br> (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

20-10823 BKOBJ01