Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–17695–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel K Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Cecelia Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Social Security No.:
xxx–xx–5131

xxx–xx–7623

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 8/4/21 at 09:00 AM

to consider and act upon the following:

**149** – Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 1428 Stuyvesant Avenue, Trenton NJ 08618. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 90 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 96 Order (Generic), 107 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 114 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 126 Order (Generic), 141 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 147 Order (Generic)) filed by Rebecca Ann Solarz on behalf of MIDFIRST BANK. Objection deadline is 07/21/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Solarz, Rebecca)

Dated: 7/22/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court