| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 18-17695 / CMG**

Samuel K Tompoe
Cecelia Tompoe

Petition Filed Date: 04/18/2018
341 Hearing Date: 05/24/2018
Confirmation Date: 11/07/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | $222.00 | | 01/29/2021 | $222.00 | | 03/05/2021 | $222.00 | |
| 04/05/2021 | $222.00 | | 04/30/2021 | $222.00 | | 06/07/2021 | $222.00 | |
| 07/06/2021 | $222.00 | | 07/30/2021 | $222.00 | | 09/03/2021 | $222.00 | |
| 10/01/2021 | $222.00 | | 10/29/2021 | $222.00 | | 12/03/2021 | $222.00 | |
| 01/03/2022 | $222.00 | | | | | | | |

**Total Receipts for the Period: $2,886.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $26,102.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Samuel K Tompoe | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CANDYCE I SMITH-SKLAR, ESQ »» ATTY DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | DEPT OF EDUCATION/MOHELA »» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $1,100.71 | $0.00 | $1,100.71 |
| 3 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $672.49 | $0.00 | $672.49 |
| 4 | SANTANDER CONSUMER USA INC dba »» 2014 DODGE JOURNEY/CRAM | Debt Secured by Vehicle | $6,865.16 | $6,394.21 | $470.95 |
| 5 | CAVALRY SPV I, LLC »» CAPITAL ONE | Unsecured Creditors | $406.46 | $0.00 | $406.46 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» CAPITAL ONE | Unsecured Creditors | $764.91 | $0.00 | $764.91 |
| 7 | MERRICK BANK | Unsecured Creditors | $394.59 | $0.00 | $394.59 |
| 8 | LVNV FUNDING LLC »» ARROW FINANCIAL | Unsecured Creditors | $379.68 | $0.00 | $379.68 |
| 9 | BANK OF AMERICA NA | Unsecured Creditors | $744.44 | $0.00 | $744.44 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $291.18 | $0.00 | $291.18 |
| 11 | NAVIENT SOLUTIONS, LLC »» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 12 | MidFirst Bank »» NP/1428 STUYVESANT AVE/1ST MTG | Mortgage Arrears | $8,880.91 | $8,880.91 | $0.00 |

**Chapter 13 Case No. 18-17695 / CMG**

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---:|---:|---:|
| 13 | SANTANDER BANK, NA<br>»» P/66 PENNWOOD DR/1ST MTG/ORD 3/4/20 LOAN MOD | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 14 | GLHEC & AFF OBO USAF<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 15 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/ORDER 10/29/18 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 10004 | SANTANDER CONSUMER USA INC dba<br>»» Split Claim 2014 DODGE JOURNEY/CRAM BAL | Unsecured Creditors | $10,314.40 | $0.00 | $10,314.40 |
| 16 | SANTANDER BANK, NA<br>»» P/66 PENNWOOD DR/ORD 8/8/19/ ORD 3/4/20 LOAN MOD | Mortgage Arrears | $1,213.39 | $1,213.39 | $0.00 |
| 17 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/PP ARREARS 5/20/20 | Mortgage Arrears | $2,466.75 | $1,759.90 | $706.85 |
| 18 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/ATTY FEES 5/20/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 19 | SANTANDER BANK, NA<br>»» 66 PENWOOD DRIVE/ATTY FEES 9/4/20 | Mortgage Arrears | $731.00 | $731.00 | $0.00 |
| 20 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/ATTY FEES 12/2/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 21 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/PP ARREARS 2/3/21 | Mortgage Arrears | $1,226.31 | $305.46 | $920.85 |
| 22 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/ATTY FEES 2/3/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 23 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/ATTY FEES 5/5/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 24 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/PP ARREARS 8/10/21 | Mortgage Arrears | $4,831.78 | $581.19 | $4,250.59 |
| 25 | MIDFIRST BANK<br>»» 1428 STUYVESANT AVE/ATTY FEES 8/10/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $26,102.00 | Plan Balance: | $11,705.00 ** |
| Paid to Claims: | $24,047.06 | Current Monthly Payment: | $160.00 |
| Paid to Trustee: | $1,851.59 | Arrearages: | ($522.00) |
| Funds on Hand: | $203.35 | Total Plan Base: | $37,807.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**