# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 18-17695 CMG
CHAPTER 13
Judge: Christine M. Gravelle

In re:

Cecelia Tompoe
Samuel K. Tompoe

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 02/21/2008

I, __Anna Becerril__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:

Recorded on April 1, 2008 in Mercer County, in Book 10077 at Page 0696.
Property Address: 1428 Stuyvesant Avenue, Trenton NJ 08618.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Cecelia Tompoe

Samuel K. Tompoe

POST-PETITION PAYMENTS (Petition filed on April 18, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order Entered 08/10/2021 | | | | | - |
| | | To Suspense | $1,600.00 | 10/07/2021 | $1,600.00 |
| $1,581.58 | 08/01/2021 | 08/2021 | From Suspense | 10/08/2021 | $18.42 |
| $1,581.58 | 09/01/2021 | | $0.00 | | $18.42 |
| $1,581.58 | 10/01/2021 | | $0.00 | | $18.42 |
| $1,581.58 | 11/01/2021 | | $0.00 | | $18.42 |
| $1,581.58 | 12/01/2021 | | $0.00 | | $18.42 |
| $1,581.58 | 01/01/2022 | | $0.00 | | $18.42 |
| $1,581.58 | 02/01/2022 | | $0.00 | | $18.42 |
| $1,581.58 | 03/01/2022 | | $0.00 | | $18.42 |
| $1,483.77 | 04/01/2022 | | $0.00 | | $18.42 |
| $1,483.77 | 05/01/2022 | | $0.00 | | $18.42 |
| $1,483.77 | 06/01/2022 | | $0.00 | | $18.42 |
| $1,483.77 | 07/01/2022 | | $0.00 | | $18.42 |
| $1,483.77 | 08/01/2022 | | $0.00 | | $18.42 |
| $1,483.77 | 09/01/2022 | | $0.00 | | $18.42 |
| Total Due: $21,555.26 | | Total Received: $1,600.00 | | Arrears: $19,955.26 | |

Continue on attached sheets if necessary.

Monthly payments past due: 7 mos. X $1,581.58, 6 mos. X $1,483.77.
Arrears: $19,955.26

Each current monthly payment is comprised of:
    Principal and Interest: $957.91
    R.E. Taxes: $_____
    Insurance: $_____
    Other: $525.86  (Specify: Escrow)
    TOTAL $1,483.77

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

NOPC filed 9/9/2019 and effective 9/1/2019, NOPC filed 6/30/2020 and effective 8/1/2020, NOPC filed 03/07/2022 and effective 04/01/2022

PRE-PETITION ARREARS: $4,483.85

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 10/18/2022

Signature Anna Becerril
Vice President