Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17695−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Samuel K Tompoe                                        Cecelia Tompoe
   66 Pennwood Drive                                   66 Pennwood Drive
   Trenton, NJ 08638                                    Trenton, NJ 08638

Social Security No.:
   xxx−xx−5131                                                   xxx−xx−7623

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/2/22 at 09:00 AM

to consider and act upon the following:

*177* − Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 1428 Stuyvesant Avenue, Trenton NJ 08618. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 147 Order (Generic), 149 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 159 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/2/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 10/25/22

                                                                       Jeanne Naughton
                                                                       Clerk, U.S. Bankruptcy Court