# *Law Offices of Sklar Smith-Sklar*_____

1901 N. Olden Avenue • Suite 22 • Ewing, New Jersey   08618 • (609) 882-9800 • Fax (609) 538-1399
In Pennsylvania   • (267) 575-4953

Candyce I. Smith-Sklar, Esq., Ph.D.                                                                               Admitted to PA & NJ Bars
Keith D. Sklar, Esq.                                                                                                        Admitted to PA & NJ Bars

October 26, 2022

Honorable Christine M Gravelle, Judge
United States Bankruptcy Court
420 East State Street, Courtroom#3
Trenton, NJ 08608

**Re: Samuel K and Cecelia Tompoe, Case No. 18-17695**
     **Withdrawal of Modified Chapter 13 Plan, under (Docket #172)**

To Hon. Michael B Kaplan, Chief Judge:

    Please withdraw our Modified Chapter 13 Plan, under Docket #172 since it is replaced by a recently filed modified plan Docket#181.

    Please notify me if you need any additional information to grant my request.

Respectfully,

/s/Candyce I. Smith-Sklar_____
Candyce I. Smith Sklar, Esq.