MORTON & CRAIG LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Santander Consumer USA Inc.
JM-5630_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Case No. 18-17695 (CMG) |
| SAMUEL K. TOMPOE<br>CECELIA TOMPOE | Chapter 13 |
|  | **OBJECTION TO CONFIRMATION** |

Santander Consumer USA Inc. ("Santander"), a secured creditor of the Debtors, objects to the Debtor's plan for the following reasons:

a. The debtor's proposed plan fails to pay Santander interest on its claim. The previous plan confirmed on March 5, 2021 paid Santander an interest rate of 5%.  The debtor is bound by the terms of the previously confirmed plan.

b. Santander reserves the right to object to the feasibility and good faith of this plan and filing.

/s/John R. Morton, Jr.
_____
John R. Morton, JR., attorney for
Date: 11-11-2022         Santander Consumer USA Inc.

Page 1