UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Cecelia Tompoe & Samuel K. Tompoe

Debtors.

Case No.:      18-17695-CMG

Chapter:            13

Hearing Date:     12/7/2022

Judge:            Gravelle

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 177)

_____

Date: 12/5/2022                         /s/ Denise Carlon
                                        Signature

*rev.8/1/15*