UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey 08618
Phone: (609) 882-9800 Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ
*Attorney for Debtor*

In Re:

Samuel K and Cecelia Tompoe

Case No.:  18-17695

Adv. No.: 

Hearing Date: 

Judge:  Christine M. Grabelle

# CERTIFICATION OF SERVICE

1. I, Candyce Smith-Sklar;

   x represent the <u>Debtor's</u> in the above-captioned matter.

   ❏ am the secretary/paralegal for_____, who represent the

   _____ in the above captioned matter.

   ❏ am the _____ in the above case and am representing myself.

2. On 12/29/2022, I sent a copy of the following pleadings and/or

   documents to the parties listed in the chart below : **I served a Modified Plan on creditors below.**

3. I hereby certify under penalty of perjury that the above documents were sent using the

   mode of service indicated.

Dated: 12/29/2022                                   /s/ Candyce Smith-Sklar
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| U.S. Trustee<br>1 Newark Center STE 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Samuel and Cecelia Tompoe<br>66 Penwood Drive<br>Ewing, N 08618 | Debtor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Santander Bank, N.A.<br>1 Corporate Drive, Suite 360<br>Lake Zurich, IL 60047<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Chrysler Capital<br>PO Box 961275<br>Ft Worth, TX 76161<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

| Name and Address | Role | Method |
|---|---|---|
| Midfirst Bank<br>c/o KML Law Group<br>216 Haddon Avenue, Suite 406<br>Collingswood, NJ 08108<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Midland Mortgage Company/Mid First Bank<br>999 NorthWest Grand<br>Oklahoma City, OK 73118<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| Santander Bank<br>c/o Phelan Hallinan Diamond & Jones<br>400 Fellowship Road<br>Mount Laurel, NJ 08054<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| All Creditor and Creditor Matrix | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |
| | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>   (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.