UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**LAW OFFICES OF SKLAR SMITH-SKLAR**
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey 08618
Phone: (609) 882-9800 Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ
*Attorney for Debtor*

In Re:

Samuel and Cecelia Tompoe

Case No.: 18-17695
Adv. No.:
Hearing Date:
Judge: Christine M. Grabelle

# CERTIFICATION OF SERVICE

1. I, Candyce Smith-Sklar;

   x represent the <u>Debtor's</u> in the above-captioned matter.

   ❏ am the secretary/paralegal for_____, who represent the
   _____ in the above captioned matter.

   ❏ am the _____ in the above case and am representing myself.

2. On <u>01/30/2023</u>, I sent a copy of the following pleadings and/or

   documents to the parties listed in the chart below: **I served the Notice of Request for Loss Mitigation and Order**

3. I hereby certify under penalty of perjury that the above documents were sent using the

   mode of service indicated.

Dated: <u>01/31/2023</u>                                    /s/ Candyce Smith-Sklar
                                                            Signature

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>    (as authorized by the court*) |
| U.S. Trustee<br>1 Newark Center STE 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>    (as authorized by the court*) |
| Samuel and Cecelia Tompoe<br>66 Pennwood Drive<br>Trenton, NJ 08638 | Debtor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>    (as authorized by the court*) |
| Midland Mortgage<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118<br>ATTN: CEO/AGENT | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>    (as authorized by the court*) |
| | Creditor | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>x Notice of Electronic filing (NEF)<br>☐ Other_____<br>    (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.