| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 18-17695 / CMG**

Samuel K Tompoe
Cecelia Tompoe

Petition Filed Date: 04/18/2018
341 Hearing Date: 05/24/2018
Confirmation Date: 11/07/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $222.00 | | 02/04/2022 | $222.00 | | 03/04/2022 | $222.00 | |
| 04/01/2022 | $222.00 | | 04/29/2022 | $222.00 | | 06/07/2022 | $222.00 | |
| 07/01/2022 | $222.00 | | 07/29/2022 | $222.00 | | 09/02/2022 | $222.00 | |
| 09/30/2022 | $222.00 | | 11/04/2022 | $222.00 | | 12/02/2022 | $222.00 | |
| 01/04/2023 | $222.00 | | 01/19/2023 | $1,500.00 | | | | |

**Total Receipts for the Period:  $4,386.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $30,266.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Samuel K Tompoe | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,900.00 | $1,900.00 | $0.00 |
| 1 | DEPT OF EDUCATION/MOHELA<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $1,100.71 | $0.00 | $1,100.71 |
| 3 | T Mobile/T-Mobile USA Inc | Unsecured Creditors | $672.49 | $0.00 | $672.49 |
| 4 | SANTANDER CONSUMER USA INC dba<br>»»  2014 DODGE JOURNEY/CRAM | Debt Secured by Vehicle | $6,865.16 | $6,469.62 | $395.54 |
| 5 | CAVALRY SPV I, LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $406.46 | $0.00 | $406.46 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $764.91 | $0.00 | $764.91 |
| 7 | MERRICK BANK | Unsecured Creditors | $394.59 | $0.00 | $394.59 |
| 8 | LVNV FUNDING LLC<br>»»  ARROW FINANCIAL | Unsecured Creditors | $379.68 | $0.00 | $379.68 |
| 9 | BANK OF AMERICA NA | Unsecured Creditors | $744.44 | $0.00 | $744.44 |
| 10 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $291.18 | $0.00 | $291.18 |
| 11 | NAVIENT SOLUTIONS, LLC<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 12 | MidFirst Bank<br>»»  NP/1428 STUYVESANT AVE/1ST MTG | Mortgage Arrears | $8,880.91 | $8,880.91 | $0.00 |

**Chapter 13 Case No. 18-17695 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | SANTANDER BANK, NA<br>»» P/66 PENNWOOD DR/1ST MTG/ORD 3/4/20 LOAN MOD | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 14 | GLHEC & AFF OBO USAF<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 15 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/ATTY FEES ORD 10/29/18 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 10004 | SANTANDER CONSUMER USA INC dba<br>»» 2014 DODGE JOURNEY/CRAM BAL | Unsecured Creditors | $10,314.40 | $0.00 | $10,314.40 |
| 16 | SANTANDER BANK, NA<br>»» P/66 PENNWOOD DR/ORD 8/8/19/ ORD 3/4/20 LOAN MOD | Mortgage Arrears | $1,213.39 | $1,213.39 | $0.00 |
| 17 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/PP ARREARS 5/20/20 ORD | Mortgage Arrears | $2,466.75 | $1,889.62 | $577.13 |
| 18 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/ATTY FEES 5/20/20 ORD | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 19 | SANTANDER BANK, NA<br>»» P/66 PENWOOD DR/1ST MTG/ATTY FEES 9/4/: ORD | Mortgage Arrears | $731.00 | $731.00 | $0.00 |
| 20 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/ATTY FEES 12/2/20 ORD | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 21 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/PP ARREARS 2/3/21 ORD | Mortgage Arrears | $1,226.31 | $474.45 | $751.86 |
| 22 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/ATTY FEES 2/3/21 ORD | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 23 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/ATTY FEES 5/5/21 ORD | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 24 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/PP ARREARS 8/10/21 ORD | Mortgage Arrears | $4,831.78 | $1,361.26 | $3,470.52 |
| 25 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/ATTY FEES 8/10/21 ORD | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 26 | SANTANDER BANK, NA<br>»» P/66 PENWOOD DR/1ST MTG/PP ARREARS 7/20/22 ORD | Mortgage Arrears | $6,477.60 | $180.31 | $6,297.29 |
| 27 | SANTANDER BANK, NA<br>»» P/66 PENWOOD DR/1ST MTG/ATTY FEES 7/20/22 ORD | Mortgage Arrears | $688.00 | $688.00 | $0.00 |
| 0 | Candyce I. Smith-Sklar, Esq.<br>»» ORDER 12/7/22 | Attorney Fees | $5,650.00 | $2,010.06 | $3,639.94 |
| 28 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/PP ARREARS 12/7/22 ORD | Mortgage Arrears | $20,922.80 | $0.00 | $20,922.80 |
| 29 | MIDFIRST BANK<br>»» NP/1428 STUYVESANT AVE/1ST MTG/ATTY FEES 12/7/22 ORD | Mortgage Arrears | $200.00 | $0.00 | $200.00 |

**Chapter 13 Case No. 18-17695 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $30,266.00 | Plan Balance: | $40,286.00 ** |
| Paid to Claims: | $28,079.62 | Current Monthly Payment: | $850.00 |
| Paid to Trustee: | $2,175.37 | Arrearages: | $1,700.00 |
| Funds on Hand: | $11.01 | Total Plan Base: | $70,552.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**