| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>53540<br><br>Morton & Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for Santander Consumer USA Inc. | **Order Filed on March 17, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.  18-17695 |
| In Re:<br><br>SAMUEL K. TOMPOE<br>CECELIA TOMPOE | Adv. No.<br><br>Hearing Date: 2-1-2023<br><br>Judge: (CMG) |

### ORDER THAT THE TERMS OF THE PREVIOUSLY CONFIRMED PLAN DATED MARCH 5, 2021 REMAIN IN FULL FORCE AND EFFECT AND SHALL CONTROL AS TO THE TREATMENT OF SANTANDER CONSUMER USA INC.

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 17, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Samuel and Cecelia Tompoe / 53540

Case No: 18-17695

Caption of Order: Order that the terms of the previously confirmed plan dated March 5, 2021 remain in full force and effect and shall control as to the treatment of Santander Consumer USA Inc.

This matter having brought before this Court on an Objection to Confirmation filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Candyce Ilene Smith-Sklar, Esq. on behalf of the debtors, and this Order having been filed with the Court and served upon the debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Santander Consumer USA Inc. ("Santander") is the holder of a first purchase money security interest encumbering a 2014 Dodge Journey bearing vehicle identification number 3C4PDCAB7ET316798.

2. That the terms of the previously confirmed plan dated March 5, 2021 remain in full force and effect and shall control as to the treatment of Santander Consumer USA Inc.