UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53540

Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

Order Filed on March 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-17695

Adv. No.

In Re:

SAMUEL K. TOMPOE
CECELIA TOMPOE

Hearing Date: 2-1-2023

Judge: (CMG)

# ORDER THAT THE TERMS OF THE PREVIOUSLY CONFIRMED PLAN DATED MARCH 5, 2021 REMAIN IN FULL FORCE AND EFFECT AND SHALL CONTROL AS TO THE TREATMENT OF SANTANDER CONSUMER USA INC.

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 17, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: Samuel and Cecelia Tompoe / 53540

Case No: 18-17695

Caption of Order: Order that the terms of the previously confirmed plan dated March 5, 2021 remain in full force and effect and shall control as to the treatment of Santander Consumer USA Inc.

      This matter having brought before this Court on an Objection to Confirmation filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc., with the appearance of Candyce Ilene Smith-Sklar, Esq. on behalf of the debtors, and this Order having been filed with the Court and served upon the debtors and their attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Santander Consumer USA Inc. ("Santander") is the holder of a first purchase money security interest encumbering a 2014 Dodge Journey bearing vehicle identification number 3C4PDCAB7ET316798.

2. That the terms of the previously confirmed plan dated March 5, 2021 remain in full force and effect and shall control as to the treatment of Santander Consumer USA Inc.

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 18-17695-CMG
Samuel K Tompoe     Chapter 13
Cecelia Tompoe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Mar 17, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Samuel K Tompoe, Cecelia Tompoe, 66 Pennwood Drive, Trenton, NJ 08638-4716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Cecelia Tompoe njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Samuel K Tompoe njpalaw@gmail.com r56958@notify.bestcase.com |
| Craig Scott Keiser | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor SANTANDER BANK  N.A. craig.keiser@law.njoag.gov

Denise E. Carlon

on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John R. Morton, Jr.

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Matthew K. Fissel

on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Nicholas V. Rogers

on behalf of Creditor SANTANDER BANK  N.A. FKA SOVEREIGN BANK, N.A. FKA SOVEREIGN BANK nj.bkecf@fedphe.com

Nicholas V. Rogers

on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 14