# Law Offices of Sklar Smith-Sklar, LLC

1901 N. Olden Avenue • Suite 22 • Ewing, New Jersey  08618 • (609) 882-9800 • Fax (609) 538-1399
In Pennsylvania • (267) 575-4953

**Candyce I. Smith-Sklar, Esq., Ph.D.**                                                                                   **Admitted to PA & NJ Bars**
**U.S. Dist. Court Dist of NJ**
**Licensed to Practice Before United States Supreme Court**

**Keith D. Sklar, Esq.**                                                                                           **Admitted to PA & NJ Bars**
**U.S. Dist. Court Dist of NJ**
**U.S. Dist. Courts Eastern and Middle Dist. of PA**
**Licensed to Practice Before U.S. Third Circuit Court of Appeals**
**Licensed to Practice Before United States Supreme Court**

Email: mail@njpalaw.com                                                                                      www.njpalaw.com

April 18, 2023

Honorable Christine M. Gravelle, U.S.B.J.
United States Bankruptcy Court
420 East State Street, Courtroom#3
Trenton, NJ 08608

**Re:** Tompoe, Case No. 18-17695-CMG
    Withdrawal of Objection to Certification of Default of Standing Trustee, under (Doc. #231)

To Hon. Christine Gravelle:

   Please withdraw our Objection to Trustee's Certification of Default, under Doc. #231 since it is replaced by a correctly filed Objection to Creditor's Certification of Default under Doc. # 232 .

 Please notify me if you need any additional information to grant my request.

Respectfully,

/s/Candyce Smith-Sklar
Candyce I. Smith-Sklar, Esq.