Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−17695−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Samuel K Tompoe                                   Cecelia Tompoe
   66 Pennwood Drive                             66 Pennwood Drive
   Trenton, NJ 08638                              Trenton, NJ 08638

Social Security No.:
   xxx−xx−5131                                               xxx−xx−7623

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on March 15, 2023.

   On May 23, 2023 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                June 21, 2023
Time:               10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,**
     **the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 24, 2023
JAN: mmf

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17695-CMG |
| Samuel K Tompoe | Chapter 13 |
| Cecelia Tompoe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: May 24, 2023 | Form ID: 185 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel K Tompoe, Cecelia Tompoe, 66 Pennwood Drive, Trenton, NJ 08638-4716 |
| sp | + | Joseph D Kaplan & Son, P.C., 70 N. Montgomery Street, Trenton, NJ 08608-1808 |
| cr | + | SANTANDER BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SANTANDER BANK, N.A. FKA SOVEREIGN BANK, N.A. FKA, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Santander Consumer USA Inc., Attn: Stewart Zlimen & Jungers LTD, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 517461032 | + | City Ntl Bk/Ocwen Loan Service, Attn:Bankruptcy Dept, Po Box 24738, West Palm Beach, FL 33416-4738 |
| 517461038 | + | FNCC/Legacy Visa, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 517809945 | | GLHEC & Aff obo USAF, PO Box 8961, Madison WI 53708-8961 |
| 517461043 | + | Midfirst Bank, c/o KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 517461048 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517461052 | + | Santander Bank, c/o Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | May 24 2023 20:58:21 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 24 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 24 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 24 2023 21:12:55 | Midland Mortgage/Midfirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| cr | + | Email/Text: bk@szjlaw.com | May 24 2023 20:59:00 | Santander Consumer USA Inc. dba Chrysler Capital, 2860 Patton Rd., Roseville, MN 55113-1100 |
| 517461024 | + | Email/Text: bk.notices@a1collectionagency.com | May 24 2023 21:00:00 | A-1 Collection Agency, 715 Horizon Drive, Grand Junction, CO 81506-8726 |
| 517461025 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2023 20:58:00 | Bank of America, P.O. Box 982236, El Paso, TX 79998 |
| 517461026 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 24 2023 20:58:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 517602384 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 24 2023 20:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517461033 | | Email/Text: BKY@conserve-arm.com | | |

| District/off: 0312-3 | User: admin | | Page 2 of 4 |
| --- | --- | --- | --- |
| Date Rcvd: May 24, 2023 | Form ID: 185 | | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | May 24 2023 20:59:00 | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450 |
| 517461027 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | May 24 2023 20:59:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 517461028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | May 24 2023 21:12:42 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 517461029 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | May 24 2023 21:13:50 | Capital One, Attn: Bankruptcy, Pob 30253, Salt Lake City, UT 84130-0253 |
| 517461030 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | May 24 2023 21:24:16 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517551569 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | May 24 2023 20:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517521809 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | May 24 2023 21:00:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517461031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | May 24 2023 21:13:52 | Citimortgage, Citimortgage Inc/Attn: Bankruptcy., Po Box 6030, Sioux Falls, SD 57117-6030 |
| 517616216 | | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | | May 24 2023 20:59:00 | Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 517461034 | + | Email/PDF: pa_dc_claims@navient.com | | |
| | | | May 24 2023 21:13:52 | Dept Of Ed/navient, Po Box 9655, Wilkes-barre, PA 18773-9655 |
| 517461035 | + | Email/Text: bankruptcynotices@dcicollect.com | | |
| | | | May 24 2023 21:00:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 517461036 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | May 24 2023 20:59:00 | Drive Fin/Santander Consumer USA, Attn: Bankruptcy, 5201 Rufe Snow Dr Ste 400n, Richland Hills, TX 76180-6036 |
| 517461037 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | May 24 2023 20:59:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517461039 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | May 24 2023 20:59:00 | HSBC Auto Finance / Santander, Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517461040 | + | Email/Text: Bankruptcy@ICSystem.com | | |
| | | | May 24 2023 20:59:00 | IC System, Attn: Bankruptcy, 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 517461041 | ^ | MEBN | | |
| | | | May 24 2023 20:56:10 | Jared/Sterling Jewelers, Po Box 1799, Attn: Bankruptcy, Akron, OH 44309-1799 |
| 517602249 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | May 24 2023 21:24:04 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517602248 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 24 2023 21:13:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517472422 | | Email/Text: EBN@Mohela.com | | |
| | | | May 24 2023 20:59:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 517461042 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | May 24 2023 21:13:11 | Merrick Bank, Attn: Correspondence Dept, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 517610901 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | May 24 2023 21:13:11 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517461044 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | May 24 2023 21:13:36 | Midland Mortgage/MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517461045 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | | May 24 2023 20:59:00 | Mortgage Service Cente, Attn: Bankruptcy Dept, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 517461046 | + | Email/PDF: pa_dc_claims@navient.com | | |

Case 18-17695-CMG    Doc 251    Filed 05/26/23    Entered 05/27/23 00:18:03    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 24, 2023 | Form ID: 185 | Total Noticed: 56 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 24 2023 21:24:27 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517610571 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | May 24 2023 21:24:25 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517461047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2023 21:24:04 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517587848 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2023 21:12:43 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.A., POB 41067, Norfolk VA 23541 |
| 517606884 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2023 20:59:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517461048 | ^ | MEBN | May 24 2023 20:58:36 | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517461049 | + | Email/Text: Supportservices@receivablesperformance.com | May 24 2023 21:00:00 | Rcvl Per Mng, Attn:Collections/Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 517461050 | + | Email/Text: clientservices@remexinc.com | May 24 2023 20:59:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517461051 | + | Email/PDF: pa_dc_claims@navient.com | May 24 2023 21:24:26 | Sallie Mae, Attn: Claims Department, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 517461053 | + | Email/Text: enotifications@santanderconsumerusa.com | May 24 2023 20:59:00 | Santander Consumer USA, Santander Consumer USA, Inc, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517461054 | + | Email/Text: enotifications@santanderconsumerusa.com | May 24 2023 21:00:00 | Santander Consumer/d/b/aChrysler Capital, Po Box 961275, Ft Worth, TX 76161-0275 |
| 517461055 | + | Email/Text: DeftBkr@santander.us | May 24 2023 20:59:00 | Sovereign/Santander Bk, Mc: 10-6438-CC7, 601 Penn St., Reading, PA 19601-3544 |
| 517479587 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2023 21:24:14 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517461056 | + | Email/Text: EDBKNotices@ecmc.org | May 24 2023 20:58:00 | Us Dept Of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Cecelia Tompoe njpalaw@gmail.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Samuel K Tompoe njpalaw@gmail.com  r56958@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor SANTANDER BANK  N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary C. Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | on behalf of Creditor SANTANDER BANK  N.A. FKA SOVEREIGN BANK, N.A. FKA SOVEREIGN BANK nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com |
| Robin I. London-Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank rzeitz@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;lfossi@zeitzlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16