Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17695−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel K Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Cecelia Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Social Security No.:
xxx−xx−5131

xxx−xx−7623

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/5/23 at 09:00 AM

to consider and act upon the following:

*254* – Creditor's Certification of Default (related document:167 Order (Generic)) filed by Matthew K. Fissel on behalf of SANTANDER BANK, N.A.. Objection deadline is 06/28/2023. (Attachments: # 1 Certificate of Service # 2 Proposed Order # 3 Exhibit A # 4 Exhibit B) (Fissel, Matthew)

Dated: 6/20/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court