| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-10823 BKOBJ03<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Santander Bank, N.A. | |
| In Re:<br><br>Samuel K Tompoe<br>Cecelia Tompoe | Case No: 18-17695-CMG<br><br>Hearing Date: June 21, 2023<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Objection to Confirmation filed on June 15, 2023 [DE 255].

Date: June 20, 2023                    /s/Matthew Fissel
                                                      Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-10823 BKOBJ03
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Santander Bank, N.A.

In Re:

Samuel K Tompoe
Cecelia Tompoe

Case No: 18-17695-CMG

Hearing Date: June 21, 2023

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Cassondra Emanuel:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Santander Bank, N.A. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 20, 2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

   Status Change Form

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 20, 2023                    /s/ *Cassondra Emanuel*
                                            Cassondra Emanuel

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SAMUEL K TOMPOE<br>66 PENNWOOD DRIVE | Debtor | ☐ Hand-delivered |

| Address | Role | Method |
|---|---|---|
| TRENTON, NJ 08638 | | ☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| CECELIA TOMPOE<br>66 PENNWOOD DRIVE<br>TRENTON, NJ 08638 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| CANDYCE ILENE SMITH-SKLAR<br>1901 NORTH OLDEN AVENUE<br>EWING PROSFESSIONAL PARK SUITE 22<br>EWING, NJ 08618 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br> (as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail |

*rev.8/1/15*

| | | |
|---|---|---|
| Newark, NJ 07102 | | ☐ Certified mail/RR |
| | | ☐ E-mail |
| | | ☒ Notice of Electronic Filing (NEF) |
| | | ☐ Other_____ (as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*