UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-10823 BKAOD05
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Santander Bank, N.A.

In Re:

SAMUEL K TOMPOE AND CECELIA TOMPOE

Case No: 18-17695-CMG

Hearing Date: _____

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled ☐ Withdrawn

Matter: Creditor's Certification of Default filed 6/14/2023, DE: 254

Date: July 31, 2023                    /s/Matthew Fissel
                                        Signature

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-10823 BKAOD05
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Santander Bank, N.A.

| In Re: | Case No: 18-17695-CMG |
|---|---|
| SAMUEL K TOMPOE AND CECELIA TOMPOE | Hearing Date: _____ |
| | Judge: CHRISTINE M. GRAVELLE |
| | Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Megan Perry:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Santander Bank, N.A. in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 31, 2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

   Status Change Form

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 31, 2023                    /s/ *Megan Perry*
                                              Megan Perry

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SAMUEL K TOMPOE<br>66 PENNWOOD DRIVE<br>TRENTON, NJ 08638 | Debtor | ☐ Hand-delivered<br>☒ Regular mail |

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| CECELIA TOMPOE<br>66 PENNWOOD DRIVE<br>TRENTON, NJ 08638 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| CANDYCE ILENE SMITH-SKLAR<br>1901 NORTH OLDEN AVENUE<br>EWING PROFESSIONAL PARK SUITE 22<br>EWING, NJ 08618 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail |

*rev.8/1/15*

|  |  | Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
|---|---|---|

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*