| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-10823 BKOBJ03<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Santander Bank, N.A. |
|---|
| In Re:<br><br>Samuel K Tompoe<br>Cecelia Tompoe |

Order Filed on August 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-17695-CMG

Hearing Date: July 5, 2023

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

## CONSENT ORDER RESOLVING ARREARAGE AND CREDITOR'S CERTIFICATION OF DEFAULT

The Consent Order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

DATED: August 2, 2023

Honorable Christine M. Gravelle
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-10823 BKOBJ03
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Santander Bank, N.A.

In Re:

Samuel K Tompoe
Cecelia Tompoe

Case No: 18-17695-CMG

Hearing Date: July 5, 2023

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

The Consent Order pertains to the property located at 66 Penwood Drive, Ewing, NJ 08618, mortgage account ending with "6431";

This Matter having been brought before the Court by Candyce Ilene Smith-Sklar, Esquire, attorney for Debtors, Samuel K Tompoe and Cecelia Tompoe (hereinafter the "Debtors"), upon the filing of a Modified Chapter 13 Plan, Santander Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed a Certification of Default and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

1. The Parties agree that this Consent Order shall resolve Creditor's Certification of Default and shall be made part of the Confirmation Order.

2. The Debtors agree that they shall cure the full amount of the post-petition monthly mortgage payments currently in arrears, 3 payments for May 1, 2023 through July 1, 2023 in the amount of $1,589.68 each, less $1,560.64 in suspense funds, for a total of $3,208.40.

3. The Debtors agree that they shall pay $200.00 representing Attorney's Fees per the Post-Petition Fee Notice filed on May 3, 2021 through the remaining Chapter 13 Plan payments.

4. Furthermore, the Debtors agree that they shall pay $200.00 in Attorney's Fees for the Creditor's currently pending Certification of Default.

5. The Debtors agree that a total of **$3,608.40** in arrears shall be capitalized into the remaining Chapter 13 Plan payments.

6. If required by the Trustee, Debtors agree to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed above.

7. The Debtors agree that beginning on August 1, 2023, regular monthly mortgage payments directly to Creditor in the amount of $1,589.68 shall resume.

8. If the Debtors fail to make any regular monthly payment within thirty (30) days of the date it becomes due, then the Applicant may obtain an Order vacating, terminating, and/or annulling the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

9. If the bankruptcy case is dismissed or converted, this Agreement is void and the instant bankruptcy case will not act to impose the automatic stay against the Applicant's opportunity to proceed against its Collateral without further Order of the Court.

10. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
Santander Bank, N.A.
By Its Attorney,

/s/ Matthew Fissel
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: July 31, 2023

DEBTORS
By Their Attorney,

/s/ Candyce Smith-Sklar
Candyce Ilene Smith-Sklar, Esquire
Attorney for Debtors
1901 North Olden Avenue,
Ewing Professional Park Suite 22,
Ewing, NJ 08618
Phone Number: (609) 882-9800
Fax: 609-538-1399
Email: njpalaw@gmail.com

Dated: 7/31/23