| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1(b)** 20-10823 BKOBJ03 BROCK & SCOTT, PLLC 302 Fellowship Rd, Suite 130 Mount Laurel, NJ 08054 (844) 856-6646 Attorneys for Santander Bank, N.A. | |
|---|---|
| | Order Filed on August 2, 2023 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: Samuel K Tompoe Cecelia Tompoe | Case No: 18-17695-CMG Hearing Date: July 5, 2023 Judge: CHRISTINE M. GRAVELLE Chapter: 13 |

### CONSENT ORDER RESOLVING ARREARAGE AND CREDITOR'S CERTIFICATION OF DEFAULT

The Consent Order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: August 2, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-10823 BKOBJ03
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Santander Bank, N.A.

In Re:

Samuel K Tompoe
Cecelia Tompoe

Case No: 18-17695-CMG

Hearing Date: July 5, 2023

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

    The Consent Order pertains to the property located at 66 Penwood Drive, Ewing, NJ 08618, mortgage account ending with "6431";

    This Matter having been brought before the Court by Candyce Ilene Smith-Sklar, Esquire, attorney for Debtors, Samuel K Tompoe and Cecelia Tompoe (hereinafter the "Debtors"), upon the filing of a Modified Chapter 13 Plan, Santander Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed a Certification of Default and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

    1.    The Parties agree that this Consent Order shall resolve Creditor's Certification of Default and shall be made part of the Confirmation Order.

    2.    The Debtors agree that they shall cure the full amount of the post-petition monthly mortgage payments currently in arrears, 3 payments for May 1, 2023 through July 1, 2023 in the amount of $1,589.68 each, less $1,560.64 in suspense funds, for a total of $3,208.40.

    3.    The Debtors agree that they shall pay $200.00 representing Attorney's Fees per the Post-Petition Fee Notice filed on May 3, 2021 through the remaining Chapter 13 Plan payments.

    4.    Furthermore, the Debtors agree that they shall pay $200.00 in Attorney's Fees for the Creditor's currently pending Certification of Default.

5. The Debtors agree that a total of **$3,608.40** in arrears shall be capitalized into the remaining Chapter 13 Plan payments.

6. If required by the Trustee, Debtors agree to amend their Chapter 13 Plan post-confirmation to provide for the arrears listed above.

7. The Debtors agree that beginning on August 1, 2023, regular monthly mortgage payments directly to Creditor in the amount of $1,589.68 shall resume.

8. If the Debtors fail to make any regular monthly payment within thirty (30) days of the date it becomes due, then the Applicant may obtain an Order vacating, terminating, and/or annulling the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

9. If the bankruptcy case is dismissed or converted, this Agreement is void and the instant bankruptcy case will not act to impose the automatic stay against the Applicant's opportunity to proceed against its Collateral without further Order of the Court.

10. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

BROCK AND SCOTT, PLLC
  Santander Bank, N.A.
  By Its Attorney,

/s/ Matthew Fissel
Matthew Fissel, Esquire
(Bar No. 038152012)
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Dr.
Winston-Salem, NC 27103
Telephone: 844-856-6646
Facsimile: 704-369-0760
E-Mail: NJBKR@brockandscott.com

Dated: July 31, 2023

DEBTORS
By Their Attorney,

/s/ Candyce Smith-Sklar
Candyce Ilene Smith-Sklar, Esquire
Attorney for Debtors
1901 North Olden Avenue,
Ewing Professional Park Suite 22,
Ewing, NJ 08618
Phone Number: (609) 882-9800
Fax: 609-538-1399
Email: njpalaw@gmail.com

Dated: 7/31/23

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-17695-CMG
Samuel K Tompoe  Chapter 13
Cecelia Tompoe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Aug 03, 2023     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel K Tompoe, Cecelia Tompoe, 66 Pennwood Drive, Trenton, NJ 08638-4716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Cecelia Tompoe njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Samuel K Tompoe njpalaw@gmail.com r56958@notify.bestcase.com |
| Craig Scott Keiser | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 03, 2023 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor SANTANDER BANK  N.A. craig.keiser@law.njoag.gov

Denise E. Carlon

on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gary C. Zeitz

on behalf of Creditor Pro Cap 8 FBO Firstrust Bank gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com

John R. Morton, Jr.

on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.

on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald

on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Matthew K. Fissel

on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com

Nicholas V. Rogers

on behalf of Creditor SANTANDER BANK  N.A. FKA SOVEREIGN BANK, N.A. FKA SOVEREIGN BANK nj.bkecf@fedphe.com

Nicholas V. Rogers

on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com

Robin I. London-Zeitz

on behalf of Creditor Pro Cap 8 FBO Firstrust Bank rzeitz@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;lfossi@zeitzlawfirm.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16