**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| IN RE:<br>SAMUEL K TOMPOE AND<br>CECELIA TOMPOE<br>　　　　DEBTORS | CASE NO. 18-17695-CMG<br>CHAPTER 13 |

**WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

 Santander Bank, N.A. ("Movant"), by and through its legal counsel, hereby withdraws its NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed on July 26, 2023, by Claim Number 13.

This 7th day of September, 2023.

              */s/Matthew Fissel*
              Matthew Fissel, NJ Bar No. 038152012
              Andrew Spivack, NJ Bar No. 018141999
              Jay Jones, NJ Bar No. 972011
              Attorney for Creditor
              BROCK & SCOTT, PLLC
              3825 Forrestgate Drive
              Winston Salem, NC 27103
              Telephone: (844) 856-6646
              Facsimile: (704) 369-0760
              E-Mail: NJBKR@brockandscott.com

20-10823 BKSUP05

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-10823 BKSUP05<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Santander Bank, N.A. | |
| In Re:<br><br>SAMUEL K TOMPOE AND CECELIA TOMPOE | Case No: 18-17695-CMG<br><br>Hearing Date: _____<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

**CERTIFICATION OF SERVICE**

1.  I, Anthony Scirica:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Santander Bank, N.A. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On September 7, 2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

    Withdrawal of Notice of Postpetition Mortgage Fees, Expenses, and Charges

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  September 7, 2023         /s/ *Anthony Scirica*
                                                      Anthony Scirica

20-10823 BKSUP05

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Samuel K Tompoe<br>66 Pennwood Drive<br>Trenton, NJ 08638 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Cecelia Tompoe<br>66 Pennwood Drive<br>Trenton, NJ 08638 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Candyce Ilene Smith-Sklar<br>1901 North Olden Avenue<br>Ewing Prosfessional Park<br>Suite 22<br>Ewing, NJ 08618 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail |

20-10823 BKSUP05

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

20-10823 BKSUP05