Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17695−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Samuel K Tompoe                        Cecelia Tompoe
   66 Pennwood Drive                66 Pennwood Drive
   Trenton, NJ 08638                  Trenton, NJ 08638

Social Security No.:
   xxx−xx−5131                              xxx−xx−7623

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     12/6/23
Time:    12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Candyce Ilene Smith−Sklar, Debtor's Attorney

COMMISSION OR FEES
fee: $6,775

EXPENSES
expenses: $0.0

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
            creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
            creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 30, 2023
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 18-17695-CMG
Samuel K Tompoe                                                                                                 Chapter 13
Cecelia Tompoe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Oct 30, 2023      Form ID: 137      Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel K Tompoe, Cecelia Tompoe, 66 Pennwood Drive, Trenton, NJ 08638-4716 |
| sp | + | Joseph D Kaplan & Son, P.C., 70 N. Montgomery Street, Trenton, NJ 08608-1808 |
| cr | + | SANTANDER BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SANTANDER BANK, N.A. FKA SOVEREIGN BANK, N.A. FKA, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Santander Consumer USA Inc., Attn: Stewart Zlimen & Jungers LTD, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 517461038 | + | FNCC/Legacy Visa, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 517809945 | | GLHEC & Aff obo USAF, PO Box 8961, Madison WI 53708-8961 |
| 517461043 | + | Midfirst Bank, c/o KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 517461052 | + | Santander Bank, c/o Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Oct 30 2023 20:33:40 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 30 2023 21:10:41 | Midland Mortgage/Midfirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| cr | + | Email/Text: bk@szjlaw.com | Oct 30 2023 20:43:00 | Santander Consumer USA Inc. dba Chrysler Capital, 2860 Patton Rd., Roseville, MN 55113-1100 |
| 517461024 | + | Email/Text: bk.notices@a1collectionagency.com | Oct 30 2023 20:44:00 | A-1 Collection Agency, 715 Horizon Drive, Grand Junction, CO 81506-8726 |
| 517461025 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 30 2023 20:42:00 | Bank of America, P.O. Box 982236, El Paso, TX 79998 |
| 517461026 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 30 2023 20:42:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 517602384 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 30 2023 20:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517461033 | | Email/Text: BKY@conserve-arm.com | Oct 30 2023 20:43:00 | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517461027 | + | Email/Text: bankruptcy@cavps.com | Oct 30 2023 20:44:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 517461028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2023 21:34:59 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 517461029 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2023 20:49:39 | Capital One, Attn: Bankruptcy, Pob 30253, Salt Lake City, UT 84130-0253 |
| 517461030 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2023 20:49:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517551569 | + | Email/Text: bankruptcy@cavps.com | Oct 30 2023 20:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517521809 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 30 2023 20:44:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517461031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2023 20:49:59 | Citimortgage, Citimortgage Inc/Attn: Bankruptcy., Po Box 6030, Sioux Falls, SD 57117-6030 |
| 517461032 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 30 2023 20:43:00 | City Ntl Bk/Ocwen Loan Service, Attn:Bankruptcy Dept, Po Box 24738, West Palm Beach, FL 33416-4738 |
| 517616216 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 30 2023 20:43:00 | Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 517461034 | + | Email/PDF: pa_dc_claims@navient.com | Oct 30 2023 20:49:40 | Dept Of Ed/navient, Po Box 9655, Wilkes-barre, PA 18773-9655 |
| 517461035 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 30 2023 20:44:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 517461036 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 30 2023 20:44:00 | Drive Fin/Santander Consumer USA, Attn: Bankruptcy, 5201 Rufe Snow Dr Ste 400n, Richland Hills, TX 76180-6036 |
| 517461037 | + | Email/Text: bknotice@ercbpo.com | Oct 30 2023 20:44:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517461039 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 30 2023 20:44:00 | HSBC Auto Finance / Santander, Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517461040 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 30 2023 20:43:00 | IC System, Attn: Bankruptcy, 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 517461041 | + | Email/Text: bankruptcy@signetjewelers.com | Oct 30 2023 20:43:00 | Jared/Sterling Jewelers, Po Box 1799, Attn: Bankruptcy, Akron, OH 44309-1799 |
| 517602249 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2023 20:49:08 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517602248 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2023 20:49:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517472422 | | Email/Text: EBN@Mohela.com | Oct 30 2023 20:43:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 517461042 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 30 2023 20:49:07 | Merrick Bank, Attn: Correspondence Dept, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 517610901 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 30 2023 21:10:52 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517461044 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 30 2023 21:10:45 | Midland Mortgage/MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517461045 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 30 2023 20:43:00 | Mortgage Service Cente, Attn: Bankruptcy Dept, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 517461046 | + | Email/PDF: pa_dc_claims@navient.com | Oct 30 2023 20:49:16 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517610571 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 30 2023 20:49:41 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517461047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2023 20:49:32 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517587848 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2023 20:49:41 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.A., POB 41067, Norfolk VA 23541 |
| 517606884 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2023 20:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517461048 | ^ | MEBN | Oct 30 2023 20:33:54 | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517461049 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 30 2023 20:44:00 | Rcvl Per Mng, Attn:Collections/Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 517461050 | + | Email/Text: clientservices@remexinc.com | Oct 30 2023 20:43:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517461051 | + | Email/PDF: pa_dc_claims@navient.com | Oct 30 2023 20:49:07 | Sallie Mae, Attn: Claims Department, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 517461053 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 30 2023 20:44:00 | Santander Consumer USA, Santander Consumer USA, Inc, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517461054 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 30 2023 20:44:00 | Santander Consumer/d/b/aChrysler Capital, Po Box 961275, Ft Worth, TX 76161-0275 |
| 517461055 | + | Email/Text: DeftBkr@santander.us | Oct 30 2023 20:44:00 | Sovereign/Santander Bk, Mc: 10-6438-CC7, 601 Penn St., Reading, PA 19601-3544 |
| 517479587 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 30 2023 21:46:48 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517461056 | + | Email/Text: EDBKNotices@ecmc.org | Oct 30 2023 20:42:00 | Us Dept Of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Cecelia Tompoe njpalaw@gmail.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Samuel K Tompoe njpalaw@gmail.com  r56958@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor SANTANDER BANK  N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary C. Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | on behalf of Creditor SANTANDER BANK  N.A. FKA SOVEREIGN BANK, N.A. FKA SOVEREIGN BANK nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com |
| Robin I. London-Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank rzeitz@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;lfossi@zeitzlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16