Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17695−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel K Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Cecelia Tompoe
66 Pennwood Drive
Trenton, NJ 08638

Social Security No.:
xxx−xx−5131                             xxx−xx−7623

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 22, 2023.

Dated: December 22, 2023
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-17695-CMG
Samuel K Tompoe  Chapter 13
Cecelia Tompoe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Dec 22, 2023     Form ID: plncf13     Total Noticed: 56

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Samuel K Tompoe, Cecelia Tompoe, 66 Pennwood Drive, Trenton, NJ 08638-4716 |
| sp | + | Joseph D Kaplan & Son, P.C., 70 N. Montgomery Street, Trenton, NJ 08608-1808 |
| cr | + | SANTANDER BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | SANTANDER BANK, N.A. FKA SOVEREIGN BANK, N.A. FKA, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Santander Consumer USA Inc., Attn: Stewart Zlimen & Jungers LTD, 2277 Highway 36 West, Suite 100, Roseville, MN 55113-3896 |
| 517461038 | + | FNCC/Legacy Visa, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117-5097 |
| 517461043 | + | Midfirst Bank, c/o KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 517461049 | + | Rcvl Per Mng, Attn:Collections/Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 517461052 | + | Santander Bank, c/o Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Dec 22 2023 20:36:14 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2023 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 22 2023 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 22 2023 20:47:57 | Midland Mortgage/Midfirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| cr | + | Email/Text: bk@szjlaw.com | Dec 22 2023 20:42:00 | Santander Consumer USA Inc. dba Chrysler Capital, 2860 Patton Rd., Roseville, MN 55113-1100 |
| 517461024 | + | Email/Text: bk.notices@a1collectionagency.com | Dec 22 2023 20:44:00 | A-1 Collection Agency, 715 Horizon Drive, Grand Junction, CO 81506-8726 |
| 517461025 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2023 20:41:00 | Bank of America, P.O. Box 982236, El Paso, TX 79998 |
| 517461026 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 22 2023 20:41:00 | Bank of America, Attn: Correspondence Unit/CA6-919-02-41, Po Box 5170, Simi Valley, CA 93062-5170 |
| 517602384 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 22 2023 20:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517461033 | | Email/Text: BKY@conserve-arm.com | Dec 22 2023 20:42:00 | Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450 |

Case 18-17695-CMG    Doc 281    Filed 12/24/23    Entered 12/25/23 00:15:23    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: plncf13 | Total Noticed: 56 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517461027 | + | Email/Text: bankruptcy@cavps.com | Dec 22 2023 20:43:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 517461028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 20:58:27 | Capital One, Po Box 5253, Carol Stream, IL 60197-5253 |
| 517461029 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 20:47:58 | Capital One, Attn: Bankruptcy, Pob 30253, Salt Lake City, UT 84130-0253 |
| 517461030 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2023 20:48:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517551569 | + | Email/Text: bankruptcy@cavps.com | Dec 22 2023 20:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517521809 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 22 2023 20:44:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517461031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 20:58:25 | Citimortgage, Citimortgage Inc/Attn: Bankruptcy., Po Box 6030, Sioux Falls, SD 57117-6030 |
| 517461032 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 22 2023 20:42:00 | City Ntl Bk/Ocwen Loan Service, Attn:Bankruptcy Dept, Po Box 24738, West Palm Beach, FL 33416-4738 |
| 517616216 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 22 2023 20:42:00 | Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 517461034 | + | Email/PDF: pa_dc_claims@navient.com | Dec 22 2023 20:58:25 | Dept Of Ed/navient, Po Box 9655, Wilkes-barre, PA 18773-9655 |
| 517461035 | + | Email/Text: bankruptcynotices@dcicollect.com | Dec 22 2023 20:44:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 517461036 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 22 2023 20:43:00 | Drive Fin/Santander Consumer USA, Attn: Bankruptcy, 5201 Rufe Snow Dr Ste 400n, Richland Hills, TX 76180-6036 |
| 517461037 | + | Email/Text: bknotice@ercbpo.com | Dec 22 2023 20:43:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517809945 | | Email/Text: GA-Bankmail@AscendiumEducation.org | Dec 22 2023 20:43:00 | GLHEC & Aff obo USAF, PO Box 8961, Madison WI 53708-8961 |
| 517461039 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 22 2023 20:43:00 | HSBC Auto Finance / Santander, Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517461040 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 22 2023 20:42:00 | IC System, Attn: Bankruptcy, 444 Highway 96 East, Po Box 64378, St. Paul, MN 55164-0378 |
| 517461041 | + | Email/Text: bankruptcy@signetjewelers.com | Dec 22 2023 20:43:00 | Jared/Sterling Jewelers, Po Box 1799, Attn: Bankruptcy, Akron, OH 44309-1799 |
| 517602249 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 20:58:23 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517602248 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2023 20:47:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517472422 | | Email/Text: EBN@Mohela.com | Dec 22 2023 20:42:00 | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 517461042 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2023 20:47:40 | Merrick Bank, Attn: Correspondence Dept, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 517610901 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 22 2023 20:47:50 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 517461044 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 22 2023 20:47:28 | Midland Mortgage/MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK |

Case 18-17695-CMG    Doc 281    Filed 12/24/23    Entered 12/25/23 00:15:23    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: plncf13 | Total Noticed: 56 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 73118-6051 |
| 517461045 | + | Email/Text: BKEBN-Notifications@ocwen.com | Dec 22 2023 20:42:00 | Mortgage Service Cente, Attn: Bankruptcy Dept, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 517461046 | + | Email/PDF: pa_dc_claims@navient.com | Dec 22 2023 20:58:26 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517610571 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 22 2023 20:58:27 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517461047 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 20:47:31 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 517587848 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 20:47:36 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (USA), N.A., POB 41067, Norfolk VA 23541 |
| 517606884 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2023 20:43:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517461048 | ^ | MEBN | Dec 22 2023 20:39:50 | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 517461050 | + | Email/Text: clientservices@remexinc.com | Dec 22 2023 20:42:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 517461051 | + | Email/PDF: pa_dc_claims@navient.com | Dec 22 2023 20:58:30 | Sallie Mae, Attn: Claims Department, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 517461053 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 22 2023 20:43:00 | Santander Consumer USA, Santander Consumer USA, Inc, Po Box 961245, Ft Worth, TX 76161-0244 |
| 517461054 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 22 2023 20:44:00 | Santander Consumer/d/b/aChrysler Capital, Po Box 961275, Ft Worth, TX 76161-0275 |
| 517461055 | + | Email/Text: DeftBkr@santander.us | Dec 22 2023 20:43:00 | Sovereign/Santander Bk, Mc: 10-6438-CC7, 601 Penn St., Reading, PA 19601-3544 |
| 517479587 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 20:48:12 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517461056 | + | Email/Text: EDBKNotices@ecmc.org | Dec 22 2023 20:41:00 | Us Dept Of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Santander Bank, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

Case 18-17695-CMG    Doc 281    Filed 12/24/23    Entered 12/25/23 00:15:23    Desc
Imaged Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 22, 2023 | Form ID: plncf13 | Total Noticed: 56 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor SANTANDER BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Candyce Ilene Smith-Sklar | on behalf of Joint Debtor Cecelia Tompoe njpalaw@gmail.com  r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Samuel K Tompoe njpalaw@gmail.com  r56958@notify.bestcase.com |
| Craig Scott Keiser | on behalf of Creditor SANTANDER BANK  N.A. craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gary C. Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank gzeitz@zeitzlawfirm.com rzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor SANTANDER BANK  N.A. wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| Nicholas V. Rogers | on behalf of Creditor SANTANDER BANK  N.A. FKA SOVEREIGN BANK, N.A. FKA SOVEREIGN BANK nj.bkecf@fedphe.com |
| Nicholas V. Rogers | on behalf of Creditor SANTANDER BANK  N.A. nj.bkecf@fedphe.com |
| Robin I. London-Zeitz | on behalf of Creditor Pro Cap 8 FBO Firstrust Bank rzeitz@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;lfossi@zeitzlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16