UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-10823 BKOBJ03
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Santander Bank, N.A.

In Re:

Samuel K Tompoe
Cecelia Tompoe

Order Filed on December 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-17695-CMG

Hearing Date: December 6, 2023

Judge: CHRISTINE M. GRAVELLE

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

The consent order set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: December 26, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>20-10823 BKOBJ03<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Santander Bank, N.A. | |
| In Re:<br><br>Samuel K Tompoe<br>Cecelia Tompoe | Case No: 18-17695-CMG<br><br>Hearing Date: December 6, 2023<br><br>Judge: CHRISTINE M. GRAVELLE<br><br>Chapter: 13 |

    The Consent Order pertains to the property located at 66 Penwood Drive, Ewing, NJ 08618, mortgage account ending with "6431";

    This Matter having been brought before the Court by Candyce Ilene Smith-Sklar, Esquire, attorney for Debtors, Samuel K. Tompoe and Cecelia Tompoe (hereinafter the "Debtors"), upon the filing of a Chapter 13 Plan, Santander Bank, N.A. (hereinafter the "Creditor") by and through its attorneys, Brock and Scott, PPLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties of the form, substance and entry of the within Order, and for other and good cause shown:

    1.    The Parties agree that this Consent Order shall be made part of the Confirmation Order.

    2.    The Debtors shall continue to pay the Creditor's post-petition claim per the Consent Order entered on August 2, 2023 [DE 262] through Chapter 13 Plan payments.

    3.    The Debtors also agree to pay the Creditor's Post-Petition Fee Notice filed on October 19, 2023 in the amount of $550.00 through Chapter 13 Plan payments.

    4.    If required by the Trustee, Debtors agree to amend their Chapter 13 Plan post-confirmation to provide for the above-described claim.

     5.     Debtors agree to make regular monthly mortgage payments in the current amount of $1,589.68 and acknowledge that the amount will increase to $1,999.77 beginning January 1, 2024 in accordance with the terms of the note and mortgage.

     6.     If the Debtors fail to pay the above-described claims through the remaining Chapter 13 Plan payments, or fail to make any regular monthly mortgage payment within thirty (30) days of the date it becomes due, then the Creditor may obtain an Order vacating, terminating and/or annulling the Automatic Stay as to the Property by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

     7.     If the bankruptcy case is dismissed or converted, this Consent Order is void and the instant bankruptcy case will not act to impose the automatic stay against the Creditor's opportunity to proceed against its Property without further Order of the Court.

     8.     This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form,
Content and entry of the within Order:

| | |
|---|---|
| BROCK AND SCOTT, PLLC | |
| Santander Bank, N.A. | DEBTORS |
| By Its Attorney, | By Their Attorney, |
| | |
| /s/ Matthew Fissel | /s/ *Candyce Ilene Smith-Sklar* |
| Matthew Fissel, Esquire | Candyce Ilene Smith-Sklar, Esquire |
| (Bar No. 038152012) | Attorney for Debtors |
| Attorney for Creditor | 1901 North Olden Avenue, |
| BROCK & SCOTT, PLLC | Ewing Prosfessional Park Suite 22, |
| 3825 Forrestgate Dr. | Ewing, NJ 08618 |
| Winston-Salem, NC 27103 | Phone Number: (609) 882-9800 |
| Telephone: 844-856-6646 | Fax: 609-538-1399 |
| Facsimile: 704-369-0760 | Email: njpalaw@gmail.com |
| E-Mail: NJBKR@brockandscott.com | |
| | |
| Dated: December 7, 2023 | Dated: December 13, 2023 |