Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–17695–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Samuel K Tompoe | Cecelia Tompoe |
| 66 Pennwood Drive | 66 Pennwood Drive |
| Trenton, NJ 08638 | Trenton, NJ 08638 |

Social Security No.:
xxx–xx–5131                                            xxx–xx–7623

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 7/17/24 at 09:00 AM

to consider and act upon the following:

287 – Creditor's Certification of Default (related document:105 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of SANTANDER BANK, N.A.. Objection deadline is 07/11/2024. (Attachments: # 1 Exhibit # 2 Exhibit) (Fissel, Matthew)

Dated: 7/1/24

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court