Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−17695−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Samuel K Tompoe                                  Cecelia Tompoe
66 Pennwood Drive                                66 Pennwood Drive
Trenton, NJ 08638                                Trenton, NJ 08638

Social Security No.:
   xxx−xx−5131                                   xxx−xx−7623

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/7/24 at 09:00 AM

to consider and act upon the following:

*285* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 7/8/2024. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/9/24

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court